FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

IXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

..ential Financial

# Application for Life Insurance or Policy Change

☐ The Prudential Insurance Company of America
☒ Pruco Life Insurance Company, a subsidiary of The Prudential Insurance Company of America
Corporate Offices, Newark, New Jersey

## Part 1

Policy number X4148595

☐ Check here if policy change.

### A About the Primary Proposed Insured

1. Name of primary proposed insured *(for current insured person, if policy change)* PAUL E L'ARCHEVESQUE
*(First name, middle initial, last name)*
2. Social Security number 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
3. Sex ☐ female ☒ male
4. Marital status ☐ single ☒ married ☐ widowed ☐ separated ☐ divorced
5. Date of birth 10/02/1939 *month day year*
6. Age 66
7. State of birth *(country if not U.S.)* MA
8. Billing address
*(street, city, state, ZIP)*
9. Home address *(if different)* 300 CHERRY LANE
*(street, city, state, ZIP)* PALM BEACH FL 33480
10. Home telephone number ( )
11. Business telephone number ( )
12. Current employer ELMWOOD DODGE, INC
13. List all existing life insurance coverage. ☐ Check here if none.

| Company | Amount | Year issued | Type of insurance | To be replaced? |
|---|---|---|---|---|
| SUN LIFE (Survivorship) | $ 2,000,000 | | ☒ Individual ☐ Group | ☐ Yes ☒ No |
| N American (Survivorship) | $ 2,000,000 | | ☒ Individual ☐ Group | ☐ Yes ☒ No |
| | $ | | ☐ Individual ☐ Group | ☐ Yes ☐ No |
| | $ | | ☐ Individual ☐ Group | ☐ Yes ☐ No |
| | $ | | ☐ Individual ☐ Group | ☐ Yes ☐ No |

### B All Other Proposed Insureds
*(Include applicant if requesting Applicant's Waiver of Premium [AWP] Benefit)*

| Name *(first, initial, last)* | relationship to primary proposed insured | sex *(F/M)* | date of birth *(M/D/Y)* | age | state of birth *(country if not U.S.)* | total life insurance in all companies |
|---|---|---|---|---|---|---|
| | | | | | | |

ORD 98200-98

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Part 1** — Application for Life Insurance or Policy Change

**C Coverage Information**

1. Plan of insurance PruLife UL Plus
   If applicable to the plan, check one. ☒ Level Death Benefit ☐ Variable Death Benefit
2. Initial amount of insurance $ 10,000,000
3. Supplementary benefits and riders
   - ☐ Waiver of Premium
   - ☐ Applicant's Waiver of Premium
   - ☐ Automatic Premium Loan
   - ☐ Acceleration of Death Benefits (Living Needs Benefit)
   - ☐ Accidental Death Benefit $____
   - ☐ Option to Purchase Additional Insurance (OPAI) $____
   - ☐ Option to Purchase Paid-up Life Insurance Additions *(include details in section G, Special Requests)*

Other riders and benefits *(indicate amount where applicable)* ____

**D Beneficiaries and Ownership** *(If trust, provide name of trust, trustee and date of trust)*

1. Beneficiary information

| | Name | Relationship to primary proposed insured | Age |
|---|---|---|---|
| Primary (Class 1) | The Paul S. L'Archevesque Special Trust-2006 | Trust | |
| | DATED 1/5/06 | | |
| Contingent (Class 2) | | | |
| | | | |

2. Is the policyowner someone other than the primary proposed insured? ☒ Yes ☐ No
   *(If Yes, provide information requested below.)*
   Name The Paul S. L'Archevesque Special Trust-2006 *(First name, middle initial, last name)* Date of birth __/__/__ *month day year*
   Address c/o Elmwood Dodge (Personal) 625 Taunton Ave, EAST Providence RI 02915 *(street, city, state, ZIP)*

**E Payment Information**

1a. Within the past 90 days, has any proposed insured been hospitalized or been advised by a member of the medical profession that he or she needs hospitalization for any reason other than for normal pregnancy or well-baby care? ☐ Yes ☒ No

b. Within the past 12 months, has any proposed insured received treatment or advice from a member of the medical profession for heart disease, chest pain, stroke or cancer (except skin)? ☐ Yes ☒ No

2. Is a medical examination required on the primary proposed insured? ☐ Yes ☒ No
   second proposed insured? ☐ Yes ☒ No

3. Premium payment mode *(collect full modal premium if prepaid)*
   ☐ Annual ☐ Semiannual ☐ Quarterly ☐ Monthly
   ☐ Electronic Funds Transfer (EFT) ☐ Payroll Budget ☐ Government Allotment

4. Amount of prepayment submitted with this application $____ *(include any unscheduled premium payments)*
   ☒ None *(must be None if 1a or 1b is Yes, except for Gibraltar (GIB) products)*

5. Date prepayment collected __/__/__ *month day year*

**F Replacement** For any proposed insured, would this insurance replace or cause a change in any existing insurance or annuity in any company? *(If Yes, enclose all required replacement forms.)* ☐ Yes ☒ No

**G Special Requests**

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Part 1** **Application for Life Insurance or Policy Change**

**H Background on Proposed Insureds**

1. Has either the primary proposed insured or second proposed insured (if any) ever used tobacco or other nicotine products such as cigarettes, cigars, pipe, chewing tobacco, snuff, nicotine gum or nicotine patch? *(If Yes, provide date when last used and indicate all types of products.)* ☐ Yes ☑ No

| | Date (mo., yr.) | Product(s) |
|---|---|---|
| Primary proposed insured | | |
| Second proposed insured | | |

2. What are the occupation and duties of the primary proposed insured? ______

3. Within the last two years, has any proposed insured done or does he or she plan to do the following:
   a. operate or have any duties aboard an aircraft, glider, balloon or similar device? *(If Yes, complete* **Aviation Questionnaire.**) ☐ Yes ☑ No
   b. participate in hazardous sports, such as auto, motorcycle, snowmobile or powerboat competitions/exhibitions, scuba diving, mountain climbing, parachuting, skydiving or any other such sport or hobby? *(If Yes, complete* **Avocation Questionnaire.**) ☐ Yes ☑ No

4. Is any proposed insured applying for or requesting reinstatement or policy change(s) of any other life or health insurance policy? *(If Yes, provide insurance company, policy plan and amount.)* ☐ Yes ☑ No

5. Has any proposed insured been convicted of, or currently charged with, the commission of any criminal offense – other than the violation of a motor vehicle law – within the last 10 years? ☐ Yes ☑ No *(If Yes, provide details.)* ______

6. a. Driver's license number and state of issue of primary proposed insured
   L621-685-39-362-0 FL
   b. In the last three years, has any proposed insured
   (1) had a driver's license denied, suspended or revoked? ☐ Yes ☑ No
   (2) been convicted of or cited for
   (a) three or more moving violations? ☐ Yes ☑ No
   (b) driving under the influence of alcohol or drugs? ☐ Yes ☑ No
   (3) been involved as a driver in two or more auto accidents? ☐ Yes ☑ No
   *(If Yes to any of the above, provide details, including type of violation, accident, or reason for denial, suspension or revocation.)* ______

7. Does any proposed insured plan to live or travel outside the United States or Canada within the next 12 months? *(If Yes, list countries and purpose and duration of each trip.)* ☐ Yes ☑ No

**I Additional Coverage**

*Complete only if this is an application for additional coverage on a person already covered by a Prudential or Pruco policy with an application date within three months of the date of this application.*

To the best of your knowledge, has the health or the mental or physical condition of any person proposed for insurance changed since the answers and statements were given in the application included in policy number ______? ☐ Yes ☐ No

*(If Yes, complete the appropriate Part 2 Medical Information section.)*

**J Changes**

Changes made by the Company (not applicable in New Mexico or West Virginia)

ORD 96200-99

TO: NB Inbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Part 2 Medical Information

Application for Life Insurance or Policy Change

**K Physician Information**

**Primary proposed insured**

*Physician last consulted*

Name: Dr. Zak

Address: 901 So. Main St.
*(street, city, state, ZIP)* Fall River MA 02724

Telephone number ( ) Date last seen / / (*month* *day* *year*)

Reason last seen 11/2005 - ✓ Chol.

*Primary physician*

Name Same as above

Address
*(street, city, state, ZIP)*

Telephone number ( ) Date last seen / / (*month* *day* *year*)

Reason last seen

**Second proposed insured or applicant for Applicant's Waiver of Premium (AWP)**

*Physician last consulted*

Name

Address
*(street, city, state, ZIP)*

Telephone number ( ) Date last seen / / (*month* *day* *year*)

Reason last seen

*Primary physician*

Name

Address
*(street, city, state, ZIP)*

Telephone number ( ) Date last seen / / (*month* *day* *year*)

Reason last seen

**L Physical Measurements**

| | Height | Weight |
|---|---|---|
| Primary proposed insured | 5' 8" | 170 |
| Second proposed insured | | |
| AWP applicant | | |

ORD 96200-98

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Part 2 Medical Information

Application for Life Insurance or Policy Change

☑ Category II Changes and Plans other than Gibraltar (GIB)

1. Family record

| | Current age or age at death | Year and cause of death | | Current age or age at death | Year and cause of death |
|---|---|---|---|---|---|
| Father | 65 | Aneurysm | Mother | 67 | Heart Disease |
| Brother | 6 | | Sister | 70 | Good Health |
| Brother | | | Sister | 74 | Good Health |
| Brother | | | Sister | | |

2. Has anyone proposed for coverage been diagnosed with or treated by a member of the medical profession for
   - a. chest pain or any disorder of the heart or blood vessels? ☐ Yes ☑ No
   - b. high blood pressure? ☐ Yes ☑ No
   - c. cancer, tumor, leukemia, melanoma or lymphoma? ☐ Yes ☑ No
   - d. diabetes or high blood sugar? ☐ Yes ☑ No
   - e. mental or psychiatric illness? ☐ Yes ☑ No
   - f. Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC)? ☐ Yes ☑ No
   - g. infection caused by the Human Immunodeficiency Virus (HIV)? **(Not applicable in California. Wisconsin:** AIDS virus HIV antibody testing is limited to FDA-licensed enzyme immunoassay and confirmatory HIV antibody tests. Any test performed at an anonymous counseling and testing site or home testing is confidential and need not be revealed on this application.) ☐ Yes ☑ No
   - h. any sexually transmitted diseases? ☐ Yes ☑ No
   - i. asthma or any disorder of the lungs? ☐ Yes ☑ No
   - j. any disorder of the brain or nervous system? ☐ Yes ☑ No
   - k. hepatitis or any disorder of the liver, stomach or intestines? ☐ Yes ☑ No
   - l. any disorder of the kidney or urinary tract? ☐ Yes ☑ No

3. Is anyone proposed for coverage currently taking prescription medication? ☐ Yes ☑ No

4. Other than above, has anyone proposed for coverage
   - a. been a patient in a hospital or other medical facility? ☐ Yes ☑ No
   - b. in the last five years, had or been advised to have surgery, medical tests (other than HIV) or diagnostic procedures such as ECGs, stress tests, X-rays, blood tests, urine tests, etc.? ☐ Yes ☑ No

5. Has anyone proposed for coverage
   - a. used, or is he or she now using, cocaine, amphetamines, marijuana, heroin or other drugs, except as prescribed by a member of the medical profession? ☐ Yes ☑ No
   - b. had or been advised to have treatment or counseling for alcohol or drug use? ☐ Yes ☑ No

6. Does anyone proposed for coverage have any disease, disorder or condition not previously mentioned? ☐ Yes ☑ No

7. Has anyone proposed for coverage had life or health insurance declined, postponed or issued with an increased premium? (Missouri: this question may be answered No if an individual has been declined for coverage.) ☐ Yes ☑ No

8. Is anyone proposed for coverage currently unable to perform his or her normal daily activities or all normal occupational duties on a full-time basis at the customary place of employment? ☐ Yes ☑ No

9. Has anyone proposed for coverage requested or received disability or compensation benefits? ☐ Yes ☑ No

*(continued on next page)*

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Part 2** **Medical Information** Application for Life Insurance or Policy Change

**M Category II Changes and Plans other than Gibraltar (GIB)** *(continued)*

10. Details of "Yes" answers for questions 2-8

| Question number and name of proposed insured | Indicate illness, hospitalization, reason for checkup, medication and any advice or treatment given by a medical professional | Dates and duration of illness | Name, address and telephone number of medical professionals and hospitals |
|---|---|---|---|
| | | | |

For additional medical details, use another application.

## Terms and Conditions

The words "I" and "my" refer to the primary proposed insured and policyowner or applicant, if other than the primary proposed insured. The word "Company" refers to the company checked at the beginning of this application.

Unless I have specified a policy date or special payment plan (e.g., government allotment, payroll budget) in this application, I understand that if the initial premium is not paid with this request for coverage, the policy will become effective when all of the following conditions are met:

- the policy is issued, delivered and I accept it,
- the health of all persons proposed for insurance remains as stated in the application and
- the first premium is paid in full and the check or other form of payment is good and can be collected.

If the Company enters any change in section J, I approve the change by accepting the policy unless the law requires written consent to changes. No Company representative can make or change a policy, or waive any of the Company's rights or requirements.

The Company will pay the beneficiary named in the application (or in the policy if requesting a policy change and no beneficiary has been named in the application) any applicable insurance benefit either at the death of the primary insured or at the death of an insured child after the death of the primary insured if there is no insured spouse.

For policy changes, the existing policyowner and beneficiary designation will be used unless a new policyowner or beneficiary designation is provided in this application.

The policyowner is either the primary proposed insured or the applicant unless a different policyowner is named in the application. This is subject to any provisions for the automatic transfer of ownership stated in the policy.

If joint policyowners are named, in the event of the death of one policyowner, the survivor(s) shall be the policyowner(s), unless otherwise specified.

## Signatures

I certify, affirm and understand the following:

- To the best of my knowledge and belief, the statements in this application, as well as any forms that the Company designates to be part of the application and that are attached to the policy, are complete, true and correctly recorded.
- Except for failure to pay premium or fraud, the Company will not contest the validity of this policy or change request after it has been in force during the insured's lifetime for two years from the date it takes effect.
- I will inform the Company of any changes in my or any proposed insured's health, mental or physical condition, or of any changes to any answers on this application, prior to or upon delivery of this policy.
- If I have requested the Acceleration of Death Benefits (Living Needs Benefit), I have read the disclosures in the brochure (ORD 87248).
- I have received and read the Terms and Conditions shown above and the Important Notice About Your Application for Insurance.
- I believe this policy meets my insurance needs and financial objectives. For a variable product: I acknowledge receipt of a current prospectus for the policy. I understand that the policy's value and death benefit may vary depending on the policy's investment experience.
- My original signature has been affixed to this application, the original application will be retained by the Company and I will receive a copy identical in form and substance to the original, attached to my policy.

*(continued on next page)*

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Signatures (continued)**

- **Not applicable in Arizona:**

**Any person who knowingly and intentionally gives false or deceptive information when completing an application for insurance or filing a claim, for the purpose of defrauding an insurance company:**

- may have committed fraud, or may have violated state law,
- **Arkansas, District of Columbia, Hawaii, Louisiana, New Mexico, Tennessee** and **Virginia:** may be subject to fines, denial of insurance benefits, or confinement in prison,
- **Colorado:** penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Signed at East Providence RI on 2/16/06
*(city, state)* *month day year*

*Signature of primary proposed insured, if age 8 or over, or of currently insured person, if policy change* X ______________________

*Signature of spouse (applicable in South Carolina, if proposed for coverage.)* X ______________________

*Signature of policyowner (if different from the primary proposed insured) or of existing policyowner if a policy change. If the policyowner is a firm or corporation, give that company's name and have an officer sign below.* X ______________________, TRUSTEE

*Signature and title of officer of firm or corporation* X ______________________

*Signature of applicant, if different from primary proposed insured or policyowner* X ______________________

*Signature of beneficiary, if policy change and rights are limited* X ______________________

*Signature of witness (Licensed Writing Representative must witness.)* X ______________________

**Licensed Writing Representative's Certification**

Do you have any information, other than that stated in this application, which indicates that any proposed insured may replace or change any current insurance or annuity in any company? ☐ Yes ☑ No

*Signature of Writing Representative* X ______________________

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Client Information Form - Life Insurance

Name of Proposed Insured PAUL E. L'ARCHEVESQUE (First name, middle initial, last name)

How were purpose and amount of the policy determined? Check all that apply.

- ☐ Needs analysis
- ☑ Income times rule 8 x income
- ☑ Estate analysis: ☐ capital preservation ☐ capital liquidation
- ☐ Insured request ______
- ☐ Single needs presentation
- ☑ Other Estate Liquidity
- ☐ Business needs analysis

Purpose? Check all that apply.

*Personal*
- ☐ Death benefit
- ☐ Mortgage protection
- ☐ Potential cash accumulation (*permanent insurance only*)
- ☐ Other ______
- ☐ Basic last expenses
- ☑ Estate conservation
- ☐ Income replacement
- ☐ Charitable giving
- ☐ Retirement income needs

*Business*
- ☐ Deferred compensation
- ☐ Loan indemnification
- ☐ Split dollar
- ☐ Buy/Sell
- ☐ Executive bonus (section 162)
- ☐ Other ______
- ☐ Key person
- ☐ Business continuation

**What is the source of initial and future premiums?**

Check all that apply:

**Initial Premium**
- ☑ Current income or savings account[1]
- ☐ Other: ______

**Future Premium**
- ☑ Current income or savings account[1]
- ☐ Other: ______

Will any premiums come from dividends, policy loans, withdrawals or cash surrenders?[2] ☐ Yes ☑ No

(If yes, provide details.) Specify Prudential policy number or other insurance company and all proceeds that apply:

Pru Policy number ______ ☐ Non-Pru ______

Dividends $ ______ Loan $ ______

PUA $ ______ Withdrawal $ ______

Surrender: ☐ Yes ☐ No

Will any additional monies, other than scheduled/target premium payments, be paid over the next 12 months? ☐ Yes ☑ No

(If yes, provide amount and source of additional funding) $ ______

- ☐ current income
- ☐ annuity(s)
- ☐ mutual fund(s)
- ☐ life insurance policy(s)
- ☐ CD's/liquid assets/savings
- ☐ other ______

[1] Cash will not be permitted for payment

[2] While financed insurance is not appropriate in most situations, it may be in some, depending on the customer's individual circumstances. If the customer finances premium payments, it must be explained that sustained borrowing for premium payments may result in the lapse of the policy and loss of valuable policy benefits. When appropriate, the representative must complete the Think Twice form and any state forms which are required for replacement and financing.

## Supplementary Information

**A About the Primary Proposed Insured**

1. Previous home address: City ______ State ______ Address since (mo/yr) ___/___
2. Business address: Street ______
   City ______ State ______ ZIP ______
   Phone number (___) ______ Address since (mo/yr) ___/___
3. Previous employer name: ______
   Street ______
   City ______ State ______ ZIP ______
   Employed from (mo/yr) ___/___ to ___/___
4. If a consumer report is required, does the primary proposed insured (PPI) want to be interviewed? ☐ Yes ☑ No
5. Premium will be paid by ☐ insured ☐ employer ☐ spouse ☐ parent ☑ other
6. Earned annual income $ 150,000 Unearned annual income $ 500,000
   Spouse/Domestic Partner's annual income: $ -0-
   *If PPI is a juvenile (In PA: ages 0-17; in all other states: ages 0-14), income figures are for the contract owner.*

**7a. Complete if face amount is $1,000,000 or greater:** Net worth: $ 20,000,000

**7b. Complete if face amount is $5,000,000 or greater** (*submission of a cover letter is recommended*):

Assets: Cash: $______ Investments (Stocks, Bonds, Mutual Funds, etc): $______
Savings: $______ Home: $______ Other Real Estate (Include Details): $______
Business: $______ Personal Property: $______ Other (Include Source): $______
Liabilities: Home Mortgage: $______ Loans: $______ Other (Include Source): $______

8. Premium Payor Information:
   Name: The Paul E. L'Archevesque Special Trust - 2006
   Relationship to primary proposed insured TRUST
   Amount of life insurance coverage in force (existing & applied for) $ 20,000,000 Income $ ______
9. If any proposed insured has changed his or her last name in the last five years, give
   Current name ______ Previous name ______

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Supplementary Information (Continued)

Name of Proposed Insured Paul E. L'Archeuesque
(First name, middle initial, last name)

### A. About the Primary Proposed Insured *(continued)*

10. How well do you know the primary proposed insured?
☐ Self ☐ Relative ☐ Know slightly ☐ Met very recently ☑ Known well for 5 years at: ☐ Home ☑ Business ☐ Other: ______
11. Is the primary proposed insured a prior client of yours? ☑ Yes ☐ No
12. Did someone other than you suggest this insurance? ☐ Yes ☑ No
If yes, state who and what prompted this request. ______
13. Was a third-party adviser involved in this sale? ☑ Yes ☐ No If yes, name and title: Paul Frechette, CPA

### B. About Dependent Children *(Complete if any dependent children are proposed for coverage)*

**If Yes, give details in Remarks.**

1. Are the dependent children
a. foster children or children whose legal adoption is not final? ☐ Yes ☐ No
b. living elsewhere than in the household of primary proposed insured? ☐ Yes ☐ No
c. dependent on someone other than the primary proposed insured? ☐ Yes ☐ No
2. Does the primary proposed insured have other children under age 18 who are not proposed for coverage? ☐ Yes ☐ No
3. **Complete if the primary proposed insured is 14 years old or younger.**

| Name | Date of birth (M/D/Y) | Amount of existing life insurance | Pending Pru/Pruco app? |
|---|---|---|---|
| Father | / / | | ☐ Yes ☐ No |
| Mother | / / | | ☐ Yes ☐ No |
| Brother | / / | | ☐ Yes ☐ No |
| Sister | / / | | ☐ Yes ☐ No |

### C. About Business Insurance *(Complete if the application is for business insurance)*

1. Type of firm: ☐ corporation ☐ partnership ☐ sole proprietorship
2. Type of business ______ Number of employees ______
3. Is the primary proposed insured: ☐ employee ☐ owner? If owner, % of ownership? ___%
4. Company name: ______
5. Has the business been established for less than two (2) years? ☐ Yes ☐ No ☐ Unknown
6. What is the net worth of the business? $______
7. **Complete if face amount of contract is $5,000,000 or greater** (*submission of a cover letter is recommended*):
Assets: $______ Liabilities: $______ Fair Market Value: $______
Gross Annual Sales: $______ Net Profit After Taxes: $______
8. The purpose of this business insurance is
☐ Business continuation ☐ Key person indemnification ☐ Retirement
☐ Executive compensation/Section 162 ☐ Loan security ☐ Other ______
9. Is this a Split Dollar sale? ☐ Yes ☐ No
10. List amount of existing business insurance & insurance applied for in all companies on each officer or member of the business.

| Name | Age | % Ownership | In force | Amount applied for |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |

### D. Remarks

### E. Producer Information:

**PruSelect** How would you like your non-variable commissions to be paid? ☐ Directly to me ☐ To my Firm or Broker Dealer

**Brokerage Only:** Percentage of commission to be received (for split commissions, please list the other Broker(s) and their percentage(s))

| Broker Name | SSN | Split Commission % | Contract # | Firm or BD Name | TIN |
|---|---|---|---|---|---|
| VJP, Inc. | 05-346646 | 100% | 350472 | | |

**Agency Distribution Only** Percentage of commission to be received (for split commissions, please list the other producer(s) and their percentages)
Contract Number Agency Number Commission %
Was your Manager present? ☐ Yes ☐ No
Express Commissions? ☐ Yes ☐ No

### F. Replacement Certification

• Have you discussed the advantages and any disadvantages of the replacement with the applicant? N/A ☐ Yes ☐ No
• Have you determined that the replacement transaction is appropriate for the applicant? ☐ Yes ☐ No

### G. Certification

• I certify that I saw the primary proposed insured on the date below; and
• I am not aware of any information, other than that stated in this application, that would adversely affect the insurability of all proposed insureds. I recommend that the Company accept the proposed insured(s) for coverage.

*Signature of Writing Representative* X [signature] Date 2/16/06

*Field Manager, if present when application is signed* X ______ Title

ORD 96200 1/2005