UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Pruco Life Insurance Company, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-69 S |
| | : | |
| Wilmington Trust Company, Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006, and Paul E. L'Archevesque, | : | |
| | : | |
| Defendants. | : | |

**ANSWER OF PAUL E. L'ARCHEVESQUE TO PLAINTIFF'S COMPLAINT**

1. Defendant is without sufficient information to either admit or deny this allegation and calls upon the plaintiff to prove the same.

2. Defendant denies the factual allegations of misrepresentations made and calls upon plaintiff to prove the same with respect to the remainder of this allegation.

**The Parties**

3. Defendant is without information to admit or deny this allegation and calls upon the plaintiff to prove the same.

4. Defendant is without information to admit or deny this allegation and calls upon the plaintiff to prove the same.

5. Admit.

**Jurisdiction and Venue**

6. Plaintiff seeks a legal conclusion which the defendant is not required to give.

7. Plaintiff seeks a legal conclusion which the defendant is not required to give.

**Factual Background**

8. Admitted that defendant applied for insurance. Denied as to the remainder of this allegation.

9. Admitted that the application contained this information but denied to the extent that defendant made these representations.

10. Admitted that the application contained this information but denied to the extent that defendant made these representations.

11. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to provide the same.

12. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to provide the same.

13. Admitted.

14. Admitted that this is the application but denied as to the remainder of this allegation.

15. Admitted.

16. Admitted to what the policy stated.

17. Admitted that the policy provided this indication.

18. Defendant can neither admit nor deny this allegation and calls upon plaintiff to prove the same.

19. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to prove the same.

20. Defendant can neither admit nor deny this allegation and calls upon plaintiff to do the same.

21. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to do the same.

22. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to do the same.

23. Denied to the extent that the Application was filled out prior to the purported medical visit.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Defendant can neither admit nor deny this allegation and calls upon plaintiff to prove the same.

29. Denied.

30. Admitted.

**CAUSE OF ACTION (RESCISSION)**

31. Defendant repeats and realleges paragraphs 1 through 30 as if fully set forth herein.

32. Denied.

33. Denied.

34. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to prove the same.

35. Defendant can neither admit nor deny this allegation and calls upon the plaintiff to prove the same.

36. Denied.

WHEREFORE, Defendant respectfully requests a determination that this policy is not void; that it cannot be rescinded unilaterally; that Lincoln may not retain any premiums; and that Defendant be awarded costs and fees in this regard.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff may not succeed as its actions constitute a waiver.

### Second Affirmative Defense

Plaintiff may not succeed based on the doctrine of laches.

### Third Affirmative Defense

Plaintiff may not succeed based on the doctrine of unclean hands.

### Fourth Affirmative Defense

Plaintiff may not recover based on its assumption of the risk.

### Fifth Affirmative Defense

Plaintiff is estopped from recovery.

DEFENDANT,
Paul E. L'Archevesque
By his attorneys,

_/s/ Todd D. White_______________
Todd D. White, Esq. (#5943)
Victoria M. Almeida, Esq. (#1755)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604

CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of March, 2008, I electronically filed the attached Answer with the Court using the ECF system. The following counsel of record are registered with the Court and will be served electronically through the ECF system and by regular mail:

Steven M. Richard, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903

Stephen C. Baker, Esq.
Heather M. Lynch, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

_/s/ Todd D. White_________

*448301_1.doc*