**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Pruco Life Insurance Company,

Plaintiff,

vs. Civil Action No.: 08-69S

Wilmington Trust Company, Trustee under the Paul E. L'Archevesque Special Revocable Trust - 2006, and Paul E. L'Archevesque,

Defendants.

## STIPULATION

It is hereby agreed by and between counsel for Pruco and counsel for Wilmington Trust Company as follows:

1. Wilmington Trust Company hereby accepts and acknowledges due and lawful service of the Summons and Complaint in this matter as of March 25, 2008.

2. The time within which Wilmington Trust Company shall respond to the Complaint is hereby extended through and including April 14, 2008.

WILMINGTON TRUST COMPANY, in its capacity as Trustee

By its Attorneys,

Robert Fiedler, Esq.
Wilmington Trust Company
1100 N. Market Street
Wilmington, DE 19801

DATED: March 25, 2008

PRUCO LIFE INSURANCE COMPANY

By its Attorneys,

Robert G. Flanders, Jr. (#1785)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000

DATED: March 25, 2008

#879754 v1