**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Pruco Life Insurance Company,<br><br>Plaintiff,<br>vs.<br><br>Wilmington Trust Company, Trustee under the Paul E. L'Archevesque Special Revocable Trust - 2006, and Paul E. L'Archevesque,<br><br>Defendants. | Civil Action No.: 08-69S |

**PROOF OF SERVICE**

I, Robert G. Flanders, hereby certify I served a copy of the Summons and Complaint in the above-entitled action by mailing same by United States Certified Mail, Return Receipt Requested, postage prepaid to, Wilmington Trust Company, Trustee under the Paul E. L'Archevesque Special Revocable Trust - 2006. Copies of the Return Receipt green card is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Matthew P. Horvitz

Robert G. Flanders, Jr.
Mitchell R. Edwards
Matthew P. Horvitz
HINCKLEY ALLEN & SNYDER, LLP
50 Kennedy Plaza
Providence, RI 02903
401.274.2000
401.277.9600 (fax)

and

Laurie E. Foster
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
212.309.6000
212.309-6001 (fax)

Dated: April 1, 2008