# EXHIBIT A

**Certified Article Number**

7160 3901 9845 4496 1137

**SENDERS RECORD**

Wilimington Trust Company, as Trustee under
the Paul E.
L'Archevesque Special Revocable Trust - 2006
1100 N. Market Street
Wilmington, DE 19801-1243

2. Article Number

7160 3901 9845 4496 1137

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

Wilimington Trust Company, as Trustee
under the Paul E.
L'Archevesque Special Revocable Trust -
2006
1100 N. Market Street
Wilmington, DE 19801-1243

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly) R. Mac L

B. Date of Delivery

C. Signature

X R. MacLeod ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

RODNEY SQUARE STATION USPS 19801

Reference Information

Robert G. Flanders, Jr., Esq.

PS Form 3811, January 2005 Domestic Return Receipt