AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Pruco Life Insurance Company

V.

Wilmington Trust Company, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08-69S

TO: (Name and address of Defendant)

Paul E. L'Archevesque
300 Cherry Lane
Palm Beach, FL 33480-3419

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 3-13-08

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE Served: 3/25/08 @ 8:40am |
|---|---|
| NAME OF SERVER (PRINT) DEPUTY SHERIFF, DALE A. KNOX | TITLE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

XX Served personally upon the third-party defendant. Place where served: 300 Cherry Lane, Palm Beach, Fl. 33480-341

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ________

☐ Returned unexecuted: ________

☐ Other (specify): ________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES (Fee) | TOTAL |
|---|---|---|
| N/A | $35.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MARCH 28, 2008
Date

/s/ Dale A. Knox #3471
Signature of Server

RIC L. BRADSHAW, SHERIFF OF PALM BEACH COUNTY, FLORIDA
205 North Dixie Hw., Room 1.1200, West Palm Bch, Fl. 33401
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# PALM BEACH COUNTY SHERIFFS ORIGINAL RETURN

SERVE

DLK

PAUL E L'ARCHEVESQUE

Court: RHODE ISLAND US DISTRICT

Case #: RI/LARCHEVESQUE 1

ADDR

300 CHERRY LN
PALM BEACH, FL 33480-3419

TYPE OF WRIT

SUMMONS IN A CIVIL CASE AND COPY AND COPY OF COMPLAINT

ATTORNEY

HINCKLEY ALLEN & SNYDER LLP
50 KENNEDY PLAZA STE 1500
PROVIDENCE RI 02903

| | COST |
|---|---|
| SERVICE $ | 35.00 |
| CHECK | 194122 |
| PD | |

PLAINTIFF: PRUCO LIFE INSURCE COMPANY

DEFENDANT: WILMINGTON TRUST COMPANY ET AL

AT: 11:39:09 am

Received this writ on the 17th Day of March A.D. 20 08 and served the same on the within named person at 8:40 AM/PM on the 25th day of March A.D. 2008 in Palm Beach County Florida, a true copy of this Writ, endorsed thereon by me, * with a copy of the Complaint, Petition, or other Pleadings (*not applicable to service of Subpoena.)

☑ INDIVIDUAL SERVICE

☐ SERVICE TO PERSON IN REPRESENTATIVE CAPACITY / designated recipient of process/records custodian/parent or guardian of a minor, to wit: ______________ (name) as ______________ (capacity).

☐ SUBSTITUTE SERVICE at usual place of abode with any person residing therein who is 15 years of age or older and informing the person of their contents, to wit: ______________ (name) as ______________ (relationship).

☐ CORPORATE SERVICE
To ______________ holding corporate office of ______________.
To ______________ as registered agent of said corporation.
To ______________ as employee of said corporation, due to failure to comply with F.S. 48.091. Attempts to serve officer or registered agent: date ________ time ________, date ________ time ________.

☐ SOLE PROPRIETORSHIP (D/B/A)
To ______________ as owner.
To ______________ as manager. Attempts to serve owner at place of business: date ________ time ________, date ________ time ________.

☐ PARTNERSHIP
To ______________ as partner.
To ______________ as designated employee or agent for service.

☐ POSTING by attaching a copy to a conspicuous place on the property described by the complaint or summons. If applicable:
Attempts to serve resident/tenant in action for possession: date ________ time ________, date ________ time ________.
Posted per map, property description: ______________

☐ NON-SERVICE: Person notified ______________, date ________ time ________. (See remarks below.)

☐ SUPPLEMENTAL INFORMATION ______________

By [signature] #3471
Deputy Sheriff

Ric L. Bradshaw
Sheriff of Palm Beach County, Florida

ORIGINAL COPY

Note: Only that service indicated by the X is applicable to this return - all other portions should not be considered.

PBSO #0096 REV. 5/00