**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>WILMINGTON TRUST COMPANY, Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006, and PAUL E. L'ARCHEVESQUE,<br><br>Defendants. | : | C.A. No.: 0869-S |

**ENTRY OF APPEARANCE OF CHRISTINE K. BUSH**

I hereby enter my appearance on behalf of the Defendant Paul E. L'Archevesque, with regard to the above-captioned case.

Paul E. L'Archevesque,
By his Attorneys,

/s/ Christine K. Bush

Christine K. Bush (5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
cbush@duffysweeney.com

Dated: April 3, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2008, a true copy of the foregoing ***Entry of Appearance of Robert M. Duffy*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Mitchell R. Edwards**
**Robert G. Flanders, Jr.**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-454-1000
Fax: 401-454-1030
Email: medwards@haslaw.com
rflanders@haslaw.com

**Laurie E Foster**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
212-309-6885
Fax: 212-309-6001
Email: lfoster@morganlewis.com

**Todd D. White**
Adler Pollock & Sheehan P.C.
One Citizens Plaza
8th Floor
Providence, RI 02903
274-7200
Fax: 351-4607
Email: Twhite@apslaw.com

/s/ Christine K. Bush
Christine K. Bush, Esq.