**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>WILMINGTON TRUST COMPANY, Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006, and PAUL E. L'ARCHEVESQUE,<br><br>Defendants. | : | C.A. No.: 0869-S |

**CORPORATE DISCLOSURE STATEMENT**
**OF WILMINGTON TRUST COMPANY**

Pursuant to Fed. R. Civ. P. 7.1, defendant, Wilmington Trust Company, as Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006 ("Wilmington"), hereby represents:

1. Wilmington is a nongovernmental corporate party; and

2. Wilmington is a wholly owned subsidiary of Wilmington Trust Corporation, which is publicly traded (NYSE).

Wilmington Trust Company, as Trustee
Under the Paul E. L'Archevesque Special
Revocable Trust – 2006
By Its Attorneys,

/s/ Christine K. Bush
Robert M. Duffy, Esq. (#4428)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
cbush@duffysweeney.com

Dated: April 14, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2008, a true copy of the foregoing ***Corporate Disclosure Statement*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Mitchell R. Edwards**
**Robert G. Flanders, Jr.**
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
401-454-1000
Fax: 401-454-1030
Email: medwards@haslaw.com
rflanders@haslaw.com

**Laurie E Foster**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
212-309-6885
Fax: 212-309-6001
Email: lfoster@morganlewis.com

/s/ Christine K. Bush
Christine K. Bush, Esq.