AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: 08-69S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff, Pruco Life Insurance Company

I certify that I am admitted to practice in this court.

4/18/2008
Date

/s/ Angela L. Carr
Signature

Angela L. Carr — 7191
Print Name — Bar Number

10 Dorrance Street, Suite 700
Address

Providence — RI — 02903
City — State — Zip Code

(401) 273-7107 — (401) 273-2904
Phone Number — Fax Number