UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Pruco Life Insurance Company,<br><br>Plaintiff,<br>vs.<br><br>Wilmington Trust Company, Trustee under the Paul E. L'Archevesque Special Revocable Trust - 2006, and Paul E. L'Archevesque,<br><br>Defendants. | C.A. No. 08-69S |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, Pruco Life Insurance Company ("Pruco"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

Pruco, an Arizona corporation, is a subsidiary of The Prudential Insurance Company of America, a New Jersey corporation which owns 100 percent of the stock of Pruco. The Prudential Insurance Company of America is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of The Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of the stock of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock

Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Dated: April 18, 2008

/s/ Angela L. Carr
Robert C. Shindell.
Angela L. Carr
TAYLOR DUANE BARTON GILMAN, LLP
10 Dorrance Street
Providence, RI 02903
401-273-7171
401-273-2904 (fax)

and

Laurie E. Foster
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
212.309.6000
212.309.6001 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF PRUCO LIFE INSURANCE COMPANY was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Mitchell R. Edwards, Esq.
Robert G. Flanders, Jr., Esq.
Hinckley, Allen & Snyder, LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903

Robert M. Duffy, Esq.
Christine K. Bush, Esq.
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

Service made upon the following party via regular mail:

Stephen C. Baker, Esq.
Heather M. Lynch, Esq.
Drinker, Biddle & Reath LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996

/s/ Angela L. Carr
Angela L. Carr