UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Pruco Life Insurance Company,<br>Plaintiff,<br>vs.<br><br>Wilmington Trust Company, Trustee under the Paul E. L'Archevesque Special Revocable Trust - 2006, and Paul E. L'Archevesque,<br>Defendants. | Civil Action No.: 08-69-S |

**WITHDRAWAL OF APPEARANCE**

Robert G. Flanders, Jr., Mitchell R. Edwards, and Matthew P. Horvitz of the law firm of Hinckley, Allen & Snyder LLP hereby withdraw their appearance as counsel for the Plaintiff, Pruco Life Insurance Company. Laurie E. Foster of the law firm of Morgan, Lewis & Bockius, LLP will continue to represent the Plaintiff. Robert C. Shindell and Angela L. Carr of the law firm of Taylor, Duane, Barton & Gilman, LLP have entered their appearance to represent the Plaintiff.

/s/ Robert G. Flanders, Jr.
Robert G. Flanders, Jr. (#1785)

/s/ Mitchell R. Edwards
Mitchell R. Edwards (#6942)

/s/ Matthew P. Horvitz
Matthew P. Horvitz (#7289)

Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (facsimile)

DATED: April 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2008, a true copy of the foregoing Withdrawal of Appearance was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

Christine K. Bush, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (facsimile)
cbush@duffysweeney.com

Laurie E. Foster, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
(212) 309-6885
(212) 309-6001 (facsimile)
lfoster@morganlewis.com

Robert C. Shindell, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (facsimile)
rshindell@taylorduane.com

Angela L. Carr, Esq.
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
(401) 273-7171
(401) 273-2904 (facsimile)
acarr@taylorduane.com

/s/ Robert G. Flanders, Jr.



60551-135132
# 887426-P-v1