**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| Pruco Life Insurance Company,<br><br>Plaintiff,<br>vs.<br><br>Wilmington Trust Company, Trustee under the Paul E. L'Archevesque Special Revocable Trust - 2006, and Paul E. L'Archevesque,<br><br>Defendants. | C.A. No. 08-69S |

**PLAINTIFF PRUCO LIFE INSURANCE COMPANY'S**
**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15(a)(2), the plaintiff, Pruco Life Insurance Company, hereby moves this Court for leave to filed an Amended Complaint. Counsel for the defendants has advised that the defendants do not oppose this motion. As grounds for this motion, the plaintiff states that, since filing its original Complaint, Wilmington Trust Company has accepted Pruco's tender of the premium for the policy at issue. In further support of this motion, the plaintiff refers the Court to the attached memorandum incorporated herein by reference.

/s/Angela L. Carr

Robert C. Shindell
R.I. Bar No. 5269
Angela L. Carr
R.I. Bar No. 7191
TAYLOR DUANE BARTON GILMAN, LLP
10 Dorrance Street
Providence, RI 02903
401-273-7171
401-273-2904 (fax)

and

Laurie E. Foster
*Pro hac vice*
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
212.309.6000
212.309.6001 (fax)

Dated: May 20, 2008

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing document was served via electronic notice (CM/ECF) to:

Laurie E. Foster
MORGAN, LEWIS & BOCKIUS LLP
101 Park Ave.
New York, NY 10178
212.309.6000
212.309.6001 (fax)

Robert M. Duffy, Esq.
Christine K. Bush, Esq.
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903

On May 20, 2008

/s/Angela L. Carr