**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>WILMINGTON TRUST COMPANY, Trustee under the Paul E. L'Archevesque Special Revocable Trust – 2006, and PAUL E. L'ARCHEVESQUE,<br><br>Defendants. | : | C.A. No.: 0869-S |

**STIPULATION ENLARGING TIME**

The time within which Defendants must respond to the First Amended Complaint is hereby enlarged to June 30, 2008.

/s/ Angela L. Carr
Angela L. Carr (#7191)
Robert C. Shindell (#5269)
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
Attorney for plaintiffs

/s/ Robert M. Duffy
Robert M. Duffy (#4428)
Duffy Sweeney & Scott
One Turks Head Place, Ste. 1200
Providence, RI 02903
Attorney for defendants

Dated: June 19, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of June, 2008, a true copy of the foregoing ***Stipulation Enlarging Time*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Angela L. Carr, Esq.**
**Robert C. Shindell, Esq.**
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

**Laurie E Foster, Esq.**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178

/s/ Robert M. Duffy
Robert M. Duffy, Esq.

H:\Clients\L'Archevesque-Wilmington Trust Co\Pleadings\Pruco v. Wilimington Trust, et al\Stipulation Extending Deadline to Answer First Amended Complaint.DOC