FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

XPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

...ential Financial

**Application for Life Insurance or Policy Change**

☐ The Prudential Insurance Company of America
☒ Pruco Life Insurance Company, *a subsidiary of The Prudential Insurance Company of America*
Corporate Offices, Newark, New Jersey

**Part 1**

Policy number X4148595

☐ Check here if policy change.

**A About the Primary Proposed Insured**

1. Name of primary proposed insured *(for current insured person, if policy change)* PAUL E L'ARCHEVESQUE *(First name, middle initial, last name)*
2. Social Security number 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
3. Sex ☐ female ☒ male
4. Marital status ☐ single ☒ married ☐ widowed ☐ separated ☐ divorced
5. Date of birth 10/ 2 /1939 *month day year*
6. Age 66
7. State of birth *(country if not U.S.)* MA
8. Billing address *(street, city, state, ZIP)*
9. Home address *(if different)* 300 CHERRY LANE *(street, city, state, ZIP)* PALM BEACH FL 33480
10. Home telephone number ( )
11. Business telephone number ( )
12. Current employer ELMWOOD DODGE, INC
13. List all existing life insurance coverage. ☐ Check here if none.

| Company | Amount | Year issued | Type of insurance | To be replaced? |
|---|---|---|---|---|
| Sun Life (Survivorship) | $ 2,000,000 | | ☒ Individual ☐ Group | ☐ Yes ☒ No |
| N. American (Survivorship) | $ 2,000,000 | | ☒ Individual ☐ Group | ☐ Yes ☒ No |
| | $ | | ☐ Individual ☐ Group | ☐ Yes ☐ No |
| | $ | | ☐ Individual ☐ Group | ☐ Yes ☐ No |
| | $ | | ☐ Individual ☐ Group | ☐ Yes ☐ No |

**B All Other Proposed Insureds** *(Include applicant if requesting Applicant's Waiver of Premium [AWP] Benefit)*

| Name *(first, initial, last)* | relationship to primary proposed insured | sex *(F/M)* | date of birth *(M/D/Y)* | age | state of birth *(country if not U.S.)* | total life insurance in all companies |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

ORD 96200-98

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

Part 1

Application for Life Insurance or Policy Change

**C Coverage Information**

1. Plan of insurance PruLife UL Plus
   If applicable to the plan, check one. ☒ Level Death Benefit ☐ Variable Death Benefit
2. Initial amount of insurance $ 10,000,000
3. Supplementary benefits and riders
   - ☐ Waiver of Premium
   - ☐ Applicant's Waiver of Premium
   - ☐ Automatic Premium Loan
   - ☐ Acceleration of Death Benefits (Living Needs Benefit)
   - ☐ Accidental Death Benefit $______
   - ☐ Option to Purchase Additional Insurance (OPAI) $______
   - ☐ Option to Purchase Paid-up Life Insurance Additions *(include details in section G, Special Requests)*

   Other riders and benefits *(indicate amount where applicable)* ______

**D Beneficiaries and Ownership** *(If trust, provide name of trust, trustee and date of trust)*

1. Beneficiary information

| | Name | Relationship to primary proposed insured | Age |
|---|---|---|---|
| Primary *(Class 1)* | The Paul S. L'Archevesque Special Trust-2006 DATED 1/5/06 | Trust | |
| Contingent *(Class 2)* | | | |

2. Is the policyowner someone other than the primary proposed insured? ☒ Yes ☐ No
   *(If Yes, provide information requested below.)*
   Name The Paul S. L'Archevesque Special Trust-2006 *(First name, middle initial, last name)* Date of birth __/__/__ *month day year*
   Address c/o Elmwood Dodge (Personal) 625 Taunton Ave, East Providence RI 02915 *(street, city, state, ZIP)*

**E Payment Information**

1a. Within the past 90 days, has any proposed insured been hospitalized or been advised by a member of the medical profession that he or she needs hospitalization for any reason other than for normal pregnancy or well-baby care? ☐ Yes ☒ No

b. Within the past 12 months, has any proposed insured received treatment or advice from a member of the medical profession for heart disease, chest pain, stroke or cancer (except skin)? ☐ Yes ☒ No

2. Is a medical examination required on the primary proposed insured? ☐ Yes ☒ No
   second proposed insured? ☐ Yes ☒ No

3. Premium payment mode *(collect full modal premium if prepaid)*
   ☐ Annual ☐ Semiannual ☐ Quarterly ☐ Monthly
   ☐ Electronic Funds Transfer (EFT) ☐ Payroll Budget ☐ Government Allotment

4. Amount of prepayment submitted with this application $______ *(include any unscheduled premium payments)*
   ☒ None *(must be None if 1a or 1b is Yes, except for Gibraltar [GIB] products)*

5. Date prepayment collected, __/__/__ *month day year*

**F Replacement** For any proposed insured, would this insurance replace or cause a change in any existing insurance or annuity in any company? *(If Yes, enclose all required replacement forms.)* ☐ Yes ☒ No

**G Special Requests**

ORD 96200-98

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Part 1

Application for Life Insurance or Policy Change

**III Background on Proposed Insureds**

1. Has either the primary proposed insured or second proposed insured (if any) ever used tobacco or other nicotine products such as cigarettes, cigars, pipe, chewing tobacco, snuff, nicotine gum or nicotine patch? *(If Yes, provide date when last used and indicate all types of products.)* ☐ Yes ☑ No

| | Date (mo., yr.) | Product(s) |
|---|---|---|
| Primary proposed insured | | |
| Second proposed insured | | |

2. What are the occupation and duties of the primary proposed insured?

3. Within the last two years, has any proposed insured done or does he or she plan to do the following:
   a. operate or have any duties aboard an aircraft, glider, balloon or similar device? *(If Yes, complete* **Aviation Questionnaire.)** ☐ Yes ☑ No
   b. participate in hazardous sports, such as auto, motorcycle, snowmobile or powerboat competitions/exhibitions, scuba diving, mountain climbing, parachuting, skydiving or any other such sport or hobby? *(If Yes, complete* **Avocation Questionnaire.)** ☐ Yes ☑ No

4. Is any proposed insured applying for or requesting reinstatement or policy change(s) of any other life or health insurance policy? *(If Yes, provide insurance company, policy plan and amount.)* ☐ Yes ☑ No

5. Has any proposed insured been convicted of, or currently charged with, the commission of any criminal offense – other than the violation of a motor vehicle law – within the last 10 years? ☐ Yes ☑ No *(If Yes, provide details.)*

6. a. Driver's license number and state of issue of primary proposed insured L621-685-39-362-0 FL
   b. In the last three years, has any proposed insured
   (1) had a driver's license denied, suspended or revoked? ☐ Yes ☑ No
   (2) been convicted of or cited for
   (a) three or more moving violations? ☐ Yes ☑ No
   (b) driving under the influence of alcohol or drugs? ☐ Yes ☑ No
   (3) been involved as a driver in two or more auto accidents? ☐ Yes ☑ No
   *(If Yes to any of the above, provide details, including type of violation, accident, or reason for denial, suspension or revocation.)*

7. Does any proposed insured plan to live or travel outside the United States or Canada within the next 12 months? *(If Yes, list countries and purpose and duration of each trip.)* ☐ Yes ☑ No

**IV Additional Coverage**

*Complete only if this is an application for additional coverage on a person already covered by a Prudential or Pruco policy with an application date within three months of the date of this application.*

To the best of your knowledge, has the health or the mental or physical condition of any person proposed for insurance changed since the answers and statements were given in the application included in policy number ________? ☐ Yes ☐ No

***(If Yes, complete the appropriate Part 2 Medical Information section.)***

**V Changes** Changes made by the Company (**not applicable in New Mexico or West Virginia**)

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Part 2 Medical Information

Application for Life Insurance or Policy Change

**K Physician Information**

**Primary proposed insured**

*Physician last consulted*

Name Dr. Zak

Address 901 So. Main St.
(street, city, state, ZIP) Fall River MA 02724

Telephone number ( ) Date last seen / / (month day year)

Reason last seen 11/2005- ✓ Chol.

*Primary physician*

Name Same as above

Address
(street, city, state, ZIP)

Telephone number ( ) Date last seen / / (month day year)

Reason last seen

**Second proposed insured or applicant for Applicant's Waiver of Premium (AWP)**

*Physician last consulted*

Name

Address
(street, city, state, ZIP)

Telephone number ( ) Date last seen / / (month day year)

Reason last seen

*Primary physician*

Name

Address
(street, city, state, ZIP)

Telephone number ( ) Date last seen / / (month day year)

Reason last seen

**L Physical Measurements**

| | Height | Weight |
|---|---|---|
| Primary proposed insured | 5'8" | 170 |
| Second proposed insured | | |
| AWP applicant | | |

## Part 2 Medical Information

Application for Life Insurance or Policy Change

☒ Category II Changes and Plans other than Gibraltar (GIB)

1. Family record

| | Current age or age at death | Year and cause of death | | Current age or age at death | Year and cause of death |
|---|---|---|---|---|---|
| Father | 65 | Aneurysm | Mother | 67 | Heart Disease |
| Brother | 60 | | Sister | 72 | Good Health |
| Brother | | | Sister | 74 | |
| Brother | | | Sister | | |

2. Has anyone proposed for coverage been diagnosed with or treated by a member of the medical profession for
   - a. chest pain or any disorder of the heart or blood vessels? ☐ Yes ☒ No
   - b. high blood pressure? ☐ Yes ☒ No
   - c. cancer, tumor, leukemia, melanoma or lymphoma? ☐ Yes ☒ No
   - d. diabetes or high blood sugar? ☐ Yes ☒ No
   - e. mental or psychiatric illness? ☐ Yes ☒ No
   - f. Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC)? ☐ Yes ☒ No
   - g. infection caused by the Human Immunodeficiency Virus (HIV)? **(Not applicable in California. Wisconsin:** AIDS virus HIV antibody testing is limited to FDA-licensed enzyme immunoassay and confirmatory HIV antibody tests. Any test performed at an anonymous counseling and testing site or home testing is confidential and need not be revealed on this application.) ☐ Yes ☒ No
   - h. any sexually transmitted diseases? ☐ Yes ☒ No
   - i. asthma or any disorder of the lungs? ☐ Yes ☒ No
   - j. any disorder of the brain or nervous system? ☐ Yes ☒ No
   - k. hepatitis or any disorder of the liver, stomach or intestines? ☐ Yes ☒ No
   - l. any disorder of the kidney or urinary tract? ☐ Yes ☒ No
3. Is anyone proposed for coverage currently taking prescription medication? ☐ Yes ☒ No
4. Other than above, has anyone proposed for coverage
   - a. been a patient in a hospital or other medical facility? ☐ Yes ☒ No
   - b. in the last five years, had or been advised to have surgery, medical tests (other than HIV) or diagnostic procedures such as ECGs, stress tests, X-rays, blood tests, urine tests, etc.? ☐ Yes ☒ No
5. Has anyone proposed for coverage
   - a. used, or is he or she now using, cocaine, amphetamines, marijuana, heroin or other drugs, except as prescribed by a member of the medical profession? ☐ Yes ☒ No
   - b. had or been advised to have treatment or counseling for alcohol or drug use? ☐ Yes ☒ No
6. Does anyone proposed for coverage have any disease, disorder or condition not previously mentioned? ☐ Yes ☒ No
7. Has anyone proposed for coverage had life or health insurance declined, postponed or issued with an increased premium? (Missouri: this question may be answered No if an individual has been declined for coverage.) ☐ Yes ☒ No
8. Is anyone proposed for coverage currently unable to perform his or her normal daily activities or all normal occupational duties on a full-time basis at the customary place of employment? ☐ Yes ☒ No
9. Has anyone proposed for coverage requested or received disability or compensation benefits? ☐ Yes ☒ No

*(continued on next page)*

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

## Part 2 Medical Information

Application for Life Insurance or Policy Change

M Category II Changes and Plans other than Gibraltar (GIB) *(continued)*

10. Details of "Yes" answers for questions 2-9

| Question number and name of proposed insured | Indicate illness, hospitalization, reason for checkup, medication and any advice or treatment given by a medical professional | Dates and duration of illness | Name, address and telephone number of medical professionals and hospitals |
|---|---|---|---|
| | | | |

For additional medical details, use another application.

## Terms and Conditions

The words "I" and "my" refer to the primary proposed insured and policyowner or applicant, if other than the primary proposed insured. The word "Company" refers to the company checked at the beginning of this application.

Unless I have specified a policy date or special payment plan (e.g., government allotment, payroll budget) in this application, I understand that if the initial premium is not paid with this request for coverage, the policy will become effective when all of the following conditions are met:

- the policy is issued, delivered and I accept it,
- the health of all persons proposed for insurance remains as stated in the application and
- the first premium is paid in full and the check or other form of payment is good and can be collected.

If the Company enters any change in section J, I approve the change by accepting the policy unless the law requires written consent to changes. No Company representative can make or change a policy, or waive any of the Company's rights or requirements.

The Company will pay the beneficiary named in the application (or in the policy if requesting a policy change and no beneficiary has been named in the application) any applicable insurance benefit either at the death of the primary insured or at the death of an insured child after the death of the primary insured if there is no insured spouse.

For policy changes, the existing policyowner and beneficiary designation will be used unless a new policyowner or beneficiary designation is provided in this application.

The policyowner is either the primary proposed insured or the applicant unless a different policyowner is named in the application. This is subject to any provisions for the automatic transfer of ownership stated in the policy.

If joint policyowners are named, in the event of the death of one policyowner, the survivor(s) shall be the policyowner(s), unless otherwise specified.

## Signatures

I certify, affirm and understand the following:

- To the best of my knowledge and belief, the statements in this application, as well as any forms that the Company designates to be part of the application and that are attached to the policy, are complete, true and correctly recorded.
- Except for failure to pay premium or fraud, the Company will not contest the validity of this policy or change request after it has been in force during the insured's lifetime for two years from the date it takes effect.
- I will inform the Company of any changes in my or any proposed insured's health, mental or physical condition, or of any changes to any answers on this application, prior to or upon delivery of this policy.
- If I have requested the Acceleration of Death Benefits (Living Needs Benefit), I have read the disclosures in the brochure (ORD 87246).
- I have received and read the Terms and Conditions shown above and the Important Notice About Your Application for Insurance.
- I believe this policy meets my insurance needs and financial objectives. For a variable product: I acknowledge receipt of a current prospectus for the policy. I understand that the policy's value and death benefit may vary depending on the policy's investment experience.
- My original signature has been affixed to this application, the original application will be retained by the Company and I will receive a copy identical in form and substance to the original, attached to my policy.

*(continued on next page)*

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

Signatures (continued)

- Not applicable in Arizona:

Any person who knowingly and intentionally gives false or deceptive information when completing an application for insurance or filing a claim, for the purpose of defrauding an insurance company:

- may have committed fraud, or may have violated state law,
- Arkansas, District of Columbia, Hawaii, Louisiana, New Mexico, Tennessee and Virginia: may be subject to fines, denial of insurance benefits, or confinement in prison,
- Colorado: penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

Signed at East Providence RI on 2/16/06
(city, state) (month day year)

*Signature of primary proposed insured, if age 8 or over, or of currently insured person, if policy change* X [signature]

*Signature of spouse (applicable in South Carolina, if proposed for coverage.)* X ____

*Signature of policyowner (if different from the primary proposed insured) or of existing policyowner if a policy change. If the policyowner is a firm or corporation, give that company's name and have an officer sign below.* X [signature], TRUSTEE

*Signature and title of officer of firm or corporation* X ____

*Signature of applicant, if different from primary proposed insured or policyowner* X ____

*Signature of beneficiary, if policy change and rights are limited* X ____

*Signature of witness (Licensed Writing Representative must witness.)* X [signature]

Licensed Writing Representative's Certification

Do you have any information, other than that stated in this application, which indicates that any proposed insured may replace or change any current insurance or annuity in any company? ☐ Yes ☑ No

*Signature of Writing Representative* X [signature]

ORD 96200-98

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Client Information Form - Life Insurance** Name of Proposed Insured PAUL E. L'ARCHEVESQUE
(First name, middle initial, last name)

How were purpose and amount of the policy determined? Check all that apply.
☐ Needs analysis ☐ Insured request ______ ☐ Business needs analysis
☒ Income times rule 8 x income ☐ Single needs presentation
☒ Estate analysis: ☐ capital preservation ☐ capital liquidation ☒ Other Estate Liquidity

Purpose? Check all that apply.
*Personal* ☐ Death benefit ☐ Basic last expenses ☐ Income replacement
☐ Mortgage protection ☒ Estate conservation ☐ Charitable giving
☐ Potential cash accumulation (*permanent insurance only*) ☐ Retirement income needs
☐ Other ______
*Business* ☐ Deferred compensation ☐ Buy/Sell ☐ Key person
☐ Loan indemnification ☐ Executive bonus (section 162) ☐ Business continuation
☐ Split dollar ☐ Other ______

**What is the source of initial and future premiums?**
Check all that apply:
**Initial Premium** ☒ Current income or savings account[1] ☐ Other: ______
**Future Premium** ☒ Current income or savings account[1] ☐ Other: ______
Will any premiums come from dividends, policy loans, withdrawals or cash surrenders[2]? ☐ Yes ☒ No
(If yes, provide details.) Specify Prudential policy number or other insurance company and all proceeds that apply:
Pru Policy number ______ ☐ Non-Pru ______
Dividends $______ Loan $______
PUA $______ Withdrawal $______
Surrender: ☐ Yes ☐ No
Will any additional monies, other than scheduled/target premium payments, be paid over the next 12 months? ☐ Yes ☒ No
(If yes, provide amount and source of additional funding) $ ______
☐ current income ☐ mutual fund(s) ☐ CD's/liquid assets/savings
☐ annuity(s) ☐ life insurance policy(s) ☐ other______

[1] Cash will not be permitted for payment

[2] While financed insurance is not appropriate in most situations, it may be in some, depending on the customer's individual circumstances. If the customer finances premium payments, it must be explained that sustained borrowing for premium payments may result in the lapse of the policy and loss of valuable policy benefits. When appropriate, the representative must complete the Think Twice form and any state forms which are required for replacement and financing.

## Supplementary Information

**A About the Primary Proposed Insured**
1. Previous home address: City ______ State ______ Address since (mo/yr) ___/___
2. Business address: Street ______
City ______ State ______ ZIP ______
Phone number (___) ______ Address since (mo/yr) ___/___
3. Previous employer name: ______
Street ______
City ______ State ______ ZIP ______
Employed from (mo/yr) ___/___ to ___/___
4. If a consumer report is required, does the primary proposed insured (PPI) want to be interviewed? ☐ Yes ☒ No
5. Premium will be paid by ☐ insured ☐ employer ☐ spouse ☐ parent ☒ other
6. Earned annual income $ 150,000 Unearned annual income $ 500,000
Spouse/Domestic Partner's annual income: $ -0-
*If PPI is a juvenile (In PA: ages 0-17; in all other states: ages 0-14), income figures are for the contract owner.*
7a. Complete if face amount is $1,000,000 or greater: Net worth: $ 20,000,000
7b. Complete if face amount is $5,000,000 or greater (*submission of a cover letter is recommended*):
Assets: Cash:$______ Investments (Stocks, Bonds, Mutual Funds, etc): $______
Savings: $______ Home: $______ Other Real Estate (Include Details):$______
Business: $______ Personal Property: $______ Other (Include Source): $______
Liabilities: Home Mortgage: $______ Loans: $______ Other (Include Source): $______
8. Premium Payor Information:
Name: The Paul E. L'Archevesque Special Trust - 2006
Relationship to primary proposed insured TRUST
Amount of life insurance coverage in force (existing & applied for) $ 10,000,000 Income $______
9. If any proposed insured has changed his or her last name in the last five years, give
Current name ______ Previous name ______

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Supplementary Information** (Continued) Name of Proposed Insured Paul E. L'Archevesque
(First name, middle initial, last name)

**A. About the Primary Proposed Insured** *(continued)*

10. How well do you know the primary proposed Insured?
☐ Self ☐ Relative ☐ Know slightly ☐ Met very recently ☑ Known well for 5 years at: ☐ Home ☑ Business ☐ Other: ______
11. Is the primary proposed Insured a prior client of yours? ☑ Yes ☐ No
12. Did someone other than you suggest this insurance? ☐ Yes ☑ No
If yes, state who and what prompted this request. ______
13. Was a third-party adviser involved in this sale? ☑ Yes ☐ No If yes, name and title: Paul Frechette, CPA

**B. About Dependent Children** *(Complete if any dependent children are proposed for coverage)*

1. Are the dependent children — If Yes, give details in Remarks.
a. foster children or children whose legal adoption is not final? ☐ Yes ☐ No
b. living elsewhere than in the household of primary proposed insured? ☐ Yes ☐ No
c. dependent on someone other than the primary proposed insured? ☐ Yes ☐ No
2. Does the primary proposed insured have other children under age 18 who are not proposed for coverage? ☐ Yes ☐ No
3. **Complete if the primary proposed insured is 14 years old or younger.**

| Name | | Date of birth (M/D/Y) | Amount of existing life insurance | Pending Pru/Pruco app? |
|---|---|---|---|---|
| Father | | / / | | ☐ Yes ☐ No |
| Mother | | / / | | ☐ Yes ☐ No |
| Brother | | / / | | ☐ Yes ☐ No |
| Sister | | / / | | ☐ Yes ☐ No |

**C. About Business Insurance** *(Complete if the application is for business insurance)*

1. Type of firm: ☐ corporation ☐ partnership ☐ sole proprietorship
2. Type of business ______ Number of employees ______
3. Is the primary proposed Insured: ☐ employee ☐ owner? If owner, % of ownership? ___%
4. Company name: ______
5. Has the business been established for less than two (2) years? ☐ Yes ☐ No ☐ Unknown
6. What is the net worth of the business? $______
7. **Complete if face amount of contract is $5,000,000 or greater** (*submission of a cover letter is recommended*):
Assets: $______ Liabilities: $______ Fair Market Value: $______
Gross Annual Sales: $______ Net Profit After Taxes: $______
8. The purpose of this business insurance is
☐ Business continuation ☐ Key person indemnification ☐ Retirement
☐ Executive compensation/Section 162 ☐ Loan security ☐ Other ______
9. Is this a Split Dollar sale? ☐ Yes ☐ No
10. List amount of existing business insurance & insurance applied for in all companies on each officer or member of the business.

| Name | Age | % Ownership | In force | Amount applied for |
|---|---|---|---|---|
| | | | $ | $ |
| | | | $ | $ |

**D. Remarks**

**E. Producer Information:**

**PruSelect** How would you like your non-variable commissions to be paid? ☐ Directly to me ☐ To my Firm or Broker Dealer

**Brokerage Only:** Percentage of commission to be received (for split commissions, please list the other Broker(s) and their percentage(s))

| Broker Name | SSN | Split Commission % | Contract # | Firm or BD Name | TIN |
|---|---|---|---|---|---|
| VTP, Inc. | 05-341646 | 100% | 350472 | | |

**Agency Distribution Only** Percentage of commission to be received (for split commissions, please list the other producer(s) and their percentages
Contract Number Agency Number Commission % Was your Manager present? ☐ Yes ☐ No
Express Commissions? ☐ Yes ☐ No

**F. Replacement Certification**
- Have you discussed the advantages and any disadvantages of the replacement with the applicant? N/A ☐ Yes ☐ No
- Have you determined that the replacement transaction is appropriate for the applicant? ☐ Yes ☐ No

**G. Certification**
- I certify that I saw the primary proposed insured on the date below; and
- I am not aware of any information, other than that stated in this application, that would adversely affect the insurability of all proposed insureds. I recommend that the Company accept the proposed insured(s) for coverage.

*Signature of Writing Representative* X [signature] Date 2/16/06

*Field Manager, if present when application is signed* X *Title*

ORD 96200 1/2005

Prudential Financial

## Part 2 of Application or Request for Policy Change

On the life of Paul E. L'Archevesque
Primary proposed insured

Policy Number

**This form contains confidential information about the person you have examined. Do not give this form or any copy of it to anyone outside Prudential.**
Please print using blue or black ink

**Instructions to the Examiner**

**Important**
After this form has been completed, mail it directly to the Home Office at once. Do so regardless of the findings on the person examined and even if you are unable to fully complete the form

NOTE: Verify identification by photo ID

**Mail the urine specimen to the laboratory if any of the following conditions are present:**

1. Medical Examination Appointment Slip indicates a urine specimen requirement in either the Examination Information or the Additional Remarks section
2. Albumin or sugar is indicated on the dipstick analysis of the urine specimen
3. Systolic blood pressure of more than 140 mm. Hg., or diastolic of more than 90.
4. History of:
   a. Hypertension
   b. Abnormal urinary findings or disease of genito-urinary system.

**Always record three blood pressure readings**

**Voucher**

It is important that this voucher be fully and properly completed.

Name of person examined: Paul E. L'Archevesque
*(First name, middle initial, last name)*

Date of birth: 10 12 1939 *(month day year)*  Social Security number: 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

Examiner ______ *(First name, middle initial, last name)*

Tax number ______

Address of examiner ______ *(street, city, state, ZIP)*

Date of examination: 12 28 05 *(month day year)*

Amount of insurance $ 10,000,000

Name of Writing Representative: Vincent J. Passananti *(First name, middle initial, last name)*  Field Office

**To be Completed by Examining Physician**

Fee Please indicate your fee for the service(s) provided.

Exam $ ______ ECG $ ______ Lab $ ______ X Ray $ ______
Total $ ______

**For Prudential Use Only** ☐ A400 ☐ A470 ☐ A852 ☐ A392 ☐ ______



E004

**Prudential Financial**

## Part 2 of Application or Request for Policy Change

The Prudential Insurance Company of America
Pruco Life Insurance Company, *a subsidiary of the Prudential Insurance Company of America*
Corporate Offices, Newark, New Jersey

Policy number ______

**1 Name of Examinee** Paul E. L'Archevesque
*(First name, middle initial, last name)*

**2 Medical Information**

1. **Physician Information**
   *Physician last consulted*
   Name Dr. Zak
   Address 901 Main St.
   *(street, city, state, ZIP)* Fall River MA 02724
   Telephone number ( ) ______ Date last seen __/__/__ *month day year*
   Reason last seen 11/2005 ✓ Chol
   *Primary physician*
   Name Same
   Address ______
   *(street, city, state, ZIP)*
   Telephone number ( ) ______ Date last seen __/__/__ *month day year*
   Reason last seen ______
2. Has the person being examined ever used tobacco or other nicotine products such as cigarettes, cigars, pipe, chewing tobacco, snuff, nicotine gum or nicotine patch? ☐ Yes ☑ No
   ***(If Yes, provide date when last used and indicate all types of products.)***
   __/__ *month year* Product(s) ______
3. Has the person being examined been diagnosed with or treated by a member of the medical profession for
   a. chest pain, or any disorder of the heart or blood vessels? ☐ Yes ☑ No
   b. high blood pressure? ☐ Yes ☑ No
   c. cancer, tumor, leukemia, melanoma, or lymphoma? ☐ Yes ☑ No
   d. diabetes or high blood sugar? ☐ Yes ☑ No
   e. mental or psychiatric illness? ☐ Yes ☑ No
   f. Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC)? ☐ Yes ☑ No
   g. Infection caused by the Human Immunodeficiency Virus (HIV)? (**Not applicable in California and Connecticut. Wisconsin:** AIDS virus HIV antibody testing is limited to FDA-licensed enzyme immunoassay and confirmatory HIV antibody tests. Any test performed at an anonymous counseling and testing site or home testing is confidential and need not be revealed on this application.) ☐ Yes ☑ No
   h. any sexually transmitted diseases? ☐ Yes ☑ No
   i. asthma or any disorder of the lungs? ☐ Yes ☑ No
   j. any disorder of the brain or the nervous system? ☐ Yes ☑ No
   k. hepatitis or any disorder of the liver, stomach or intestines? ☐ Yes ☑ No
   l. any disorder of the kidney or urinary tract? ☐ Yes ☑ No
4. Is the person being examined currently taking prescription medication? ☐ Yes ☑ No
5. Other than above, has the person being examined:
   a. been a patient in a hospital or other medical facility? ☐ Yes ☑ No
   b. in the last 5 years, had or been advised to have surgery, medical tests (other than HIV) or diagnostic procedures such as ECGs, stress tests, X-rays, blood tests, urine tests, etc? ☐ Yes ☑ No

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Continuation of Part 2 of Application for Life Insurance or Policy change**

6. Has the person being examined:
   a. used, or is he or she now using cocaine, amphetamines, marijuane, heroin or other drugs, except as prescribed by a member of the medical profession? ☐ Yes ☑ No
   b. had or been advised to have treatment or counseling for alcohol or drug use? ☐ Yes ☑ No
7. Does the person being examined have any disease, disorder or condition not previously mentioned? ☐ Yes ☑ No
8. Has the person being examined had life or health insurance declined, postponed or issued with an increased premium? (Missouri: this question may be answered No if an individual has been declined for coverage.) ☐ Yes ☑ No
9. Is the person being examined currently unable to perform his or her normal daily activities or all normal occupational duties on a full-time basis at the customary place of employment? ☐ Yes ☑ No
10. Has the person being examined requested or received disability or compensation benefits? ☐ Yes ☑ No
11. Details of "Yes" answers for questions 3-10

| Question number | Indicate illness, hospitalization, reason for checkup, medication and any advice or treatment given by a medical professional | Dates and duration of illness | Name, address and telephone number of medical professionals and hospitals |
|---|---|---|---|
| | | | |

All the answers are, to the best of my knowledge and belief, complete, true and correctly recorded.

2/16/06 — Date

[signature] — Witness

[signature] — Signature of person examined (if age 15 or over) otherwise applicant

Paul E L'Archevesque — Printed name of person examined

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

Prudential Financial

*S002*

Issued by: Pruco Life Insurance Company located at 213 Washington Street, Newark, NJ 07103-2992, a Prudential Financial company solely responsible for its own financial condition and contractual obligations

Prudential Financial is a service mark of The Prudential Insurance Company of America, Newark, NJ, and its affiliates

**PruLife® UL Plus**
**Life Insurance Policy**
**Individual Basic Illustration**

PruLife® UL Plus is a flexible premium universal life insurance policy that covers the life of one insured. It offers protection with flexibility in premium payments and a choice of death benefit types. This policy may be issued with an Enhanced Cash Value Rider, which may increase cash surrender values in the early years of the policy. A Target Term Rider, which may reduce policy costs, may also be available. The death benefit is payable upon the death of the insured. This illustration is intended to show how guaranteed and non-guaranteed interest rates and charges can affect policy values.

The illustration is based on the following assumptions about the insured and the policy, any riders you are considering and the Additional Assumptions starting on page 10 . This illustration assumes that the currently illustrated non-guaranteed elements used will not change for all years shown. This is not likely to occur, and actual results may be more or less favorable than those shown. An annual premium of $780,360.00 will guarantee the initial coverage amount to remain in effect for life provided that you do not take loans or withdrawals, and the premium is received on time. This premium is subject to maximum premiums allowable to qualify as a life insurance policy.

**Illustration Presented to:**

| | |
|---|---|
| **Insured's Name** | Paul L'Archevesque |
| **Sex, Age** | Male, Age 66 |
| **Underwriting Classification** | Preferred Best |
| **Initial Basic Insurance Amount** | $10,000,000 |
| **Death Benefit Type** | Type A (Fixed) Death Benefit |
| **Cash Value Accumulation Test** | |
| **Living Needs Benefit Rider** | |
| **Initial Premium Outlay** | $260,342 00 |
| **Planned First Year Modal Premium** | $260,342 00, paid annually |

Please see page 3 for more information about the riders listed above. **The Enhanced Cash Value Rider is not included in this illustration.** You will find an explanation of many of the terms used in this illustration in the Glossary starting on page 5 .

THIS ILLUSTRATION IS NOT VALID WITHOUT A COMPLETE SET OF PAGES THIS ILLUSTRATION ID IS 02132006151025

Prepared by: Vincent J Passananti
10 Dorrance Street
Suite 524
Providence, RI 02816
Telephone Number. (401) 272-7070
Fax Number: (401) 331-8964



PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**About PruLife® UL Plus**

**What is a PruLife® UL Plus policy?**
PruLife® UL Plus is a flexible premium life insurance policy that helps you meet your life insurance needs through the many features it offers, including:

- Flexibility of premium payments
- A choice of death benefit types
- Potential for cash value accumulation
- The opportunity for a No-Lapse Guarantee
- A guaranteed minimum interest rate
- Additional excess interest

This is a non-participating policy. It does not pay dividends.

**How much do I have to pay?**
For the policy to be issued, you must pay at least the minimum initial premium. For the policy illustrated the minimum initial premium is $19,660.50. After the policy is issued, you can select the amount and timing of premium payments. It is important to keep in mind that your policy may end if you do not pay enough premiums. The minimum premium payment that we will accept is $25.

**Does the value of my policy change?**
Yes. Your policy's Cash Value, and in some cases the Death Benefit, will vary depending upon:

- The amount of premiums you pay and when you pay them
- Any loans and withdrawals you take from the policy. Loans and withdrawals will reduce the cash value and the death benefit.
- Charges deducted from premiums and the Contract Fund
- Interest credited to the Contract Fund
- Charges deducted and interest credited are generally affected by such factors as the Company's experience with regard to investments, mortality, expenses and persistency.

**Will my policy's results be the same as those shown in this illustration?**
Probably not. Your illustration assumes that the benefits and the indicated levels of interest and charges remain in effect exactly as illustrated for the entire time that your policy is in force. In reality, Pruco Life (the Company) has the right to change these factors from time to time.

**How does the guarantee against lapse work?**
The No-Lapse Guarantee provides that the policy will remain in effect for 5 years, provided you pay sufficient premiums. For the guarantee to be maintained as illustrated:

- All premiums are paid on time at the beginning of each premium paying period as illustrated.
- No loans are taken against the policy's cash value during the guarantee period.
- Any transactions shown in this illustration such as withdrawals, changes in the Basic Insurance Amount or changes in the death benefit option are assumed to occur at the beginning of the policy year and in the amount illustrated.

Note: Changes in the timing or amount of any of the transactions above may have an effect on the No-Lapse Guarantee. Prior to requesting any of these transactions, contact your licensed financial professional to determine what impact, if any, the transaction(s) may have on your policy.

Please be aware that the policy may have a cash value of zero even though the No-Lapse Guarantee is still in effect.

**What happens to my policy at Age 100?**

We discontinue the monthly charges from the Contract Fund on the first policy anniversary on or following the Insured's 100th birthday. You may continue the policy after that anniversary and it will then continue to operate as described in its provisions (including the Death Benefit and Contract Fund provisions). However, you may not make any premium payments and no monthly charges will be deducted from the Contract Fund.

**What are the types of death benefits?**

You can choose from three death benefit types. The Type A (Fixed) Death Benefit generally equals the policy's Basic Insurance Amount. The Type B (Variable) Death Benefit generally equals the Basic Insurance Amount plus the Contract Fund. The Type C (Return of Premium) Death Benefit generally equals the Basic Insurance Amount plus the total premiums paid accumulated at interest minus total withdrawals accumulated at interest. This interest rate is called the Type C Interest Rate and can be selected each policy year and can range from 0-8% in ½% increments. Type C is available on face amounts of $250,000 or greater. You have the option to change your Death Benefit Type to a Type A or Type B after the policy is issued. Type C is not available after issue.

**Riders**

**This illustration includes the following rider(s):**

**Important Information Regarding the Enhanced Cash Value Rider**

This policy is available both with and without the Enhanced Cash Value Rider. Policies that have the Enhanced Cash Value Rider may have higher early surrender values. There is a charge for this rider. This rider does not provide any additional death benefit.

You may wish to ask your representative for more details and ask to see illustrations both with and without the Enhanced Cash Value Rider. You can then see how the addition or absence of the rider addresses your objectives.

**Living Needs Benefit Rider**

The Living Needs Benefit Rider is available under this Policy at no additional premium to the policyowner. Under the rider, the policyowner may receive a portion of the death benefit prior to the insured's death if the insured:

- has been confined to a nursing home for at least six consecutive months, and is expected to be permanently confined, or
- is terminally ill, and has a life expectancy of six months or less, or
- requires an organ transplant, and would have only six months or less to live without the transplant procedure.

Living Needs Benefit amounts are calculated based on the policy death benefit and the Living Needs Benefit assumptions in effect when a claim is made.

When a claim is paid under this rider, the death benefit is reduced for early payment, and a $150 processing fee is deducted. If more than one policy is used for the claim, each policy will have a processing fee of up to $150.

The Living Needs Benefit is not a health, nursing home or long-term care insurance benefit and is not designed to eliminate the need for insurance of these types.

Portions of the Living Needs Benefit payment may be taxable, and receipt of the accelerated death benefit may affect eligibility for public assistance programs. The federal income tax treatment of payments made under this rider depends upon whether the insured is the recipient of the benefit, and

is considered "terminally ill" or "chronically ill". We suggest that you seek assistance from a personal tax adviser regarding the implications of receiving Living Needs Benefit payments.

**Important Information Regarding the Target Term Rider**

A Target Term Rider may be available with PruLife® UL Plus, but a Target Term Rider is not included in this Illustration. A Target Term Rider provides an additional death benefit, the Target Term Rider Coverage Amount, on the life of the insured to age 100.

A number of factors will determine whether a Policy which includes a Target Term Rider may outperform a Policy where the same total death benefit consists of only base policy. Principal among these factors is the cost of the Target Term Rider versus the cost of the base policy. Under Current Charges, the Sales Expense Charge for a Policy with a Target Term Rider is less than that for an all base policy with the same death benefit. However, the Maximum Charges for the Target Term Rider are higher than the base policy.

Also, in comparing the cost of the Target Term Rider to the cost of the base policy, you should consider the Cost of Insurance rates. The Cost of Insurance rates for both the Target Term Rider and base policy increase annually. However, the current rates for the Cost of Insurance for the death benefit provided by the Rider are generally less than the current rates for the base policy death benefit.

Please be aware that there are benefits that are unavailable on a policy containing this Rider, and that other limitations may apply. Some limitations can include the length of a No-Lapse Guarantee, the availability of a disability benefit rider, and the amount available on the Living Needs Benefit Rider. You may wish to ask your representative for more details and ask to see illustrations based on different combinations of Basic Insurance Amount and Target Term Rider. You can then see how these combinations of Basic Insurance Amounts and Target Term Riders address your objectives.

## Glossary of Terms

**Age** — The age of the insured at the beginning of each policy year.

**Annual Premium Outlay** — The annual payment amount. Annual payments are assumed to be made at the beginning of each policy year. If you make payments more frequently than annually, they are assumed to be made on the first day of each premium payment period.

**Basic Insurance Amount** — This is the face amount of your Policy.

**Cash Value** — The amount you would receive, based on the assumptions used in this illustration, if you surrendered the policy, and there is no Enhanced Cash Value Rider. This amount is equal to the Contract Fund minus any Surrender Charges that may apply within the first 20 policy years and within the first 20 years of any post issue increase in the Basic Insurance Amount. The Cash Value does not reflect any taxes that may be due upon surrender of the policy. The value shown in the illustration is as of the end of the policy year.

**Cash Value Accumulation Test** — The policy owner may elect either the Guideline Premium Test or the Cash Value Accumulation Test definition of life insurance at the time the policy is purchased. Once the policy is issued, this election may not be changed. This illustration assumes that the policy owner has chosen the Cash Value Accumulation Test. Cash Value Accumulation Test is a test to meet the definition of life insurance requirement as defined by the Internal Revenue Code 7702.

**Contract Fund** — The value of the policy illustrated as of the end of each policy year. The Contract Fund may vary and includes any outstanding loan principal plus loan interest credited and does not include any surrender charges.

**Current, Midpoint and Guaranteed Maximum Charges** — The Current Charges are the amounts that we now charge and these charges are not guaranteed. We can increase the current charges without giving advance notice, but we cannot charge more than the Guaranteed Maximum Charges. Midpoint charges are an assumed rate of charges that represents an average of the current and guaranteed.

**Death Benefit** — The Death Benefit is the amount payable under the policy upon the death of the insured. The amount shown in the illustration is as of the end of the policy year.

**Guaranteed Interest Rate** — The minimum annual interest rate that will be credited to the Contract Fund. The Guaranteed interest rate is 3.00%.

**Illustrated Interest Rate** — The illustrated non-guaranteed interest rate credited to the non-loaned portion of the Contract Fund. The current interest rate is 5.15% and we may change this rate from time to time. Any loaned portion is credited with a guaranteed rate of 3%. The interest rate used in this illustration is 5.15% for 10 years, then 5.55% thereafter.

This policy provides an additional excess interest rate. Additional interest will be credited monthly to the account value beginning in policy year 11. The additional interest rate will be determined each month as the lessor of: 1) 0.40% or 2) 0.40 times the difference between the current interest rate and the guaranteed interest rate.

**Lapse** — Lapse occurs when the policy's No-Lapse Guarantee is not in effect, the policy's Cash Value is zero, and coverage ends. The illustration will show "END" in the year of lapse.

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

**Midpoint Cash Value, Midpoint Contract Fund, Midpoint Death Benefit**
Non-guaranteed results based upon assumptions of interest and charges that are an average of the guaranteed and current assumptions.

**Midpoint Interest Rate**
An assumed, non-guaranteed credited interest rate shown in addition to the Illustrated interest rate and the Guaranteed interest rate.

**No-Lapse Guarantee**
A guarantee that the policy will remain in effect, provided you pay sufficient premiums and you do not take loans. This guarantee will depend on such factors as the amount and timing of premiums paid and withdrawals taken, and changes made to the policy.

The premiums shown below, which are based on the Initial Basic Insurance Amount, will guarantee the contract will remain in effect for the period shown, if the premiums are paid exactly on the first day of each policy year, and no loans or withdrawals are taken. These premium amounts can be affected by policy changes.

| Annual Premium | Amount | No-Lapse Guarantee Period |
|---|---|---|
| Short-Term | $218,450.00 | 5 Years |
| Limited No-Lapse Guarantee | $218,450.00 | -1 Years |

Keep in mind the No-Lapse Guarantee may be in effect for different periods if the amount or timing of premiums differ from that shown in this illustration, or if any changes are made to the policy.

**Surrender Charges**
Surrender charges may apply within the first 20 policy years of initial base policy coverage and within the first 20 years of any base policy coverage added after issue, if you make a withdrawal on a policy with a Type A (Fixed) death benefit, reduce the Basic Insurance Amount, or surrender the policy. In any year illustrated, the surrender charge is equal to the difference between Contract Fund and Cash Value.

**Surrender Value**
The Surrender Value is the amount you would receive, based on the assumptions used in this illustration, if you surrendered the policy. This amount is equal to the Contract Fund minus any Surrender Charges, minus the outstanding loan and any unpaid Loan Interest. The Surrender Value does not reflect any taxes that may be due upon surrender of the policy. The value shown in the illustration is as of the end of the policy year.

Numeric Summary & Acknowledgement

Paul L'Archevesque, Male, 66
Preferred Best
$10,000,000 PruLife® UL Plus
Type A (Fixed) Death Benefit
Cash Value Accumulation Test
Initial Annual Premium Outlay $260,342.00

| | | | Guaranteed Results Based on | | Non-Guaranteed Results Based on | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Minimum Interest Rate of 3.00% & Maximum Charges | | Midpoint Interest Rate of 4.08% and Midpoint Charges | | Illustrated Interest Rate of 5.15% for 10 years, then 5.55%* thereafter & Current Charges | |
| Year | Age | Annual Premium Outlay | Surrender Value | Death Benefit | Surrender Value | Death Benefit | Surrender Value | Death Benefit |
| 5 | 70 | 260342 | 0 | 10000000 < | 0 | 10000000 < | 627639 | 10000000 < |
| 10 | 75 | 260342 | | | | | 1361714 | 10000000 |
| 20 | 85 | 260342 | | | | | 4347644 | 10000000 |
| 25 | 90 | 260342 | | | | | 5227960 | 10000000 |
| 34 | 99 | 260342 | | | | | 1668 | 10000000 |

**Based on the Illustrated Annual Premium Outlay, the policy may end prior to age 100. The coverage under the scenarios illustrated above will end as indicated below:**

**Guaranteed Minimum Interest Rate and Maximum Charges: Coverage will end in year 6 at age 71**
**Midpoint Interest Rate and Midpoint Charges: Coverage will end in year 6 at age 71**

I(we) have received a copy of this illustration and understand that any non-guaranteed elements illustrated are subject to change and could be either higher or lower.
The agent or broker has told me (us) they are not guaranteed. I understand that if I am not satisfied with any aspect of this Life Insurance policy, I may return it within the time period stated in the "Right to Cancel" provision located on the face page of the policy, and receive a refund of the money that I have paid.

Applicant's Signature [signature] Date 2/16/06 Applicant's Signature ________ Date ________

I certify that this illustration has been presented to the Applicant(s) and that I have explained that any non-guaranteed elements illustrated are subject to change. I have made no statements that are inconsistent with the illustration.

Representative's Signature [signature] Date 2/16/06

**The Enhanced Cash Value Rider is not included in this illustration.**
* This includes a non-guaranteed additional excess interest amount in years 11 and later.
< Indicates the No-Lapse Guarantee will be in effect for the entire policy year. See the About PruLife® UL Plus Section for additional information.
Results labeled as non-guaranteed are not guaranteed. They are based on assumptions that are not likely to continue unchanged in future years and are subject to change by the insurer. Actual results may be higher or lower.

THIS ILLUSTRATION IS NOT VALID WITHOUT A COMPLETE SET OF PAGES. THIS ILLUSTRATION ID IS 02132006151025

**Comparative Values**

Comparative Values show how the policy would perform under the indicated assumptions of interest rates and charges.

Paul L'Archevesque, Male, 66
Preferred Best
$10,000,000 PruLife® UL Plus
Type A (Fixed) Death Benefit
Cash Value Accumulation Test
Initial Annual Premium Outlay $260,342.00

**At the Illustrated Interest Rate and Current Charges, this policy will not become a modified endowment contract (MEC) through Age 100. Transactions that could result in this policy becoming a MEC are not shown in this illustration after Age 100.**

| | | | Guaranteed Results Based on Minimum Interest Rate of 3.00% and Maximum Charges | | | Non-Guaranteed Results Based on Illustrated Interest Rate of 5.15% for 10 years, then 5.55%* thereafter and Current Charges | | |
|---|---|---|---|---|---|---|---|---|
| Year | Age | Annual Premium Outlay | Contract Fund | Surrender Value | Death Benefit | Contract Fund | Surrender Value | Death Benefit |
| 1 | 66 | 260342 | 0 | 0 | 10000000 < | 147629 | 0 | 10000000 < |
| 2 | 67 | 260342 | 0 | 0 | 10000000 < | 301092 | 120845 | 10000000 < |
| 3 | 68 | 260342 | 0 | 0 | 10000000 < | 460541 | 289780 | 10000000 < |
| 4 | 69 | 260342 | 0 | 0 | 10000000 < | 620361 | 459087 | 10000000 < |
| 5 | 70 | 260342 | 0 | 0 | 10000000 < | 779426 | 627639 | 10000000 < |
| 6 | 71 | 260342 | 0 | END‡ | END‡ | 1008001 | 865700 | 10000000 |
| 7 | 72 | 260342 | | | | 1240650 | 1107836 | 10000000 |
| 8 | 73 | 260342 | | | | 1477096 | 1354668 | 10000000 |
| 9 | 74 | 260342 | | | | 1720126 | 1606286 | 10000000 |
| 10 | 75 | 260342 | | | | 1966067 | 1861714 | 10000000 |
| Total | | 2603420 | | | | | | |
| 11 | 76 | 260342 | | | | 2227962 | 2133095 | 10000000 |
| 12 | 77 | 260342 | | | | 2490859 | 2405478 | 10000000 |
| 13 | 78 | 260342 | | | | 2751920 | 2676027 | 10000000 |
| 14 | 79 | 260342 | | | | 3008272 | 2941865 | 10000000 |
| 15 | 80 | 260342 | | | | 3256939 | 3200018 | 10000000 |
| 16 | 81 | 260342 | | | | 3493219 | 3445785 | 10000000 |
| 17 | 82 | 260342 | | | | 3720476 | 3682529 | 10000000 |
| 18 | 83 | 260342 | | | | 3939898 | 3911438 | 10000000 |
| 19 | 84 | 260342 | | | | 4152021 | 4133047 | 10000000 |
| 20 | 85 | 260342 | | | | 4357130 | 4347644 | 10000000 |
| Total | | 5206840 | | | | | | |
| 21 | 86 | 260342 | | | | 4556454 | 4556454 | 10000000 |
| 22 | 87 | 260342 | | | | 4747732 | 4747732 | 10000000 |
| 23 | 88 | 260342 | | | | 4928574 | 4928574 | 10000000 |
| 24 | 89 | 260342 | | | | 5093959 | 5093959 | 10000000 |
| 25 | 90 | 260342 | | | | 5227960 | 5227960 | 10000000 |
| 26 | 91 | 260342 | | | | 5328341 | 5328341 | 10000000 |
| 27 | 92 | 260342 | | | | 5403132 | 5403132 | 10000000 |
| 28 | 93 | 260342 | | | | 5444921 | 5444921 | 10000000 |
| 29 | 94 | 260342 | | | | 5438377 | 5438377 | 10000000 |
| 30 | 95 | 260342 | | | | 5350834 | 5350834 | 10000000 |
| Total | | 7810260 | | | | | | |

**The Enhanced Cash Value Rider is not included in this illustration.**

< Indicates the No-Lapse Guarantee will be in effect for the entire policy year. See the About PruLife® UL Plus Section for additional information.

‡The policy ends and coverage ceases because the Cash Value is not greater than zero and the No-Lapse Guarantee is not in effect. You will have taxable income under the policy if the policy ends with an outstanding loan in excess of cost basis. Please refer to the Additional Information section starting on page 12 .

* This includes a non-guaranteed additional excess interest amount in years 11 and later.

Results labeled as non-guaranteed are not guaranteed. They are based on assumptions that are not likely to continue unchanged in future years and are subject to change by the insurer. Actual results may be higher or lower.

THIS ILLUSTRATION IS NOT VALID WITHOUT A COMPLETE SET OF PAGES. THIS ILLUSTRATION ID IS 02132006151025

## Comparative Values

**At the Illustrated Interest Rate and Current Charges, this policy will not become a modified endowment contract (MEC) through Age 100. Transactions that could result in this policy becoming a MEC are not shown in this illustration after Age 100.**

| | | | Guaranteed Results Based on Minimum Interest Rate of 3.00% and Maximum Charges | | | Non-Guaranteed Results Based on Illustrated Interest Rate of 5.15% for 10 years, then 5.55%‡ thereafter and Current Charges | | |
|---|---|---|---|---|---|---|---|---|
| Year | Age | Annual Premium Outlay | Contract Fund | Surrender Value | Death Benefit | Contract Fund | Surrender Value | Death Benefit |
| 31 | 96 | 260342 | | | | 5110055 | 5110055 | 10000000 |
| 32 | 97 | 260342 | | | | 4537257 | 4537257 | 10000000 |
| 33 | 98 | 260342 | | | | 3175939 | 3175939 | 10000000 |
| 34 | 99 | 260342 | | | | 1668 | 1668 | 10000000 |
| 35 | 100 | 0 | | | | 1760 | 1760 | 10000000 |
| 36 | 101 | 0 | | | | 1858 | 1858 | 10000000 |
| 37 | 102 | 0 | | | | 1961 | 1961 | 10000000 |
| 38 | 103 | 0 | | | | 2070 | 2070 | 10000000 |
| 39 | 104 | 0 | | | | 2185 | 2185 | 10000000 |
| 40 | 105 | 0 | | | | 2306 | 2306 | 10000000 |
| Total | | 8851628 | | | | | | |
| 41 | 106 | 0 | | | | 2434 | 2434 | 10000000 |
| 42 | 107 | 0 | | | | 2569 | 2569 | 10000000 |
| 43 | 108 | 0 | | | | 2712 | 2712 | 10000000 |
| 44 | 109 | 0 | | | | 2862 | 2862 | 10000000 |
| 45 | 110 | 0 | | | | 3021 | 3021 | 10000000 |
| 46 | 111 | 0 | | | | 3189 | 3189 | 10000000 |
| 47 | 112 | 0 | | | | 3366 | 3366 | 10000000 |
| 48 | 113 | 0 | | | | 3552 | 3552 | 10000000 |
| 49 | 114 | 0 | | | | 3750 | 3750 | 10000000 |
| 50 | 115 | 0 | | | | 3958 | 3958 | 10000000 |
| Total | | 8851628 | | | | | | |
| 51 | 116 | 0 | | | | 4177 | 4177 | 10000000 |
| 52 | 117 | 0 | | | | 4409 | 4409 | 10000000 |
| 53 | 118 | 0 | | | | 4654 | 4654 | 10000000 |
| 54 | 119 | 0 | | | | 4912 | 4912 | 10000000 |
| Total | | 8851628 | | | | | | |

**The Enhanced Cash Value Rider is not included in this illustration.**

* Indicates the No-Lapse Guarantee will be in effect for the entire policy year. See the About PruLife® UL Plus Section for additional information.

‡The policy ends and coverage ceases because the Cash Value is not greater than zero and the No-Lapse Guarantee is not in effect. You will have taxable income under the policy if the policy ends with an outstanding loan in excess of cost basis. Please refer to the Additional Information section starting on page 12 .

‡ This includes a non-guaranteed additional excess interest amount in years 11 and later.

Results labeled as non-guaranteed are not guaranteed. They are based on assumptions that are not likely to continue unchanged in future years and are subject to change by the insurer. Actual results may be higher or lower.

THIS ILLUSTRATION IS NOT VALID WITHOUT A COMPLETE SET OF PAGES. THIS ILLUSTRATION ID IS 02132006151025

**Additional Assumptions Used to Prepare This Illustration**

As you review the illustration, it is important to keep in mind that:

- Actual policy transactions, interest credited rates and charges deducted over time may be different from those shown here, and will determine the actual value of the policy.
- The illustrated values are based on assumptions about the insured and the policy. Any facts that differ from these assumptions will affect these values.
- Backdating a policy or the timing of a 1035 Exchange amount being transferred to this policy will affect the No-Lapse Guarantee.
- Even though this illustration may include assumptions about loans, withdrawals, a change in death benet type or a change in Basic Insurance Amount, these transactions will not occur unless you request them.
- This is an illustration and not a contract. If there is a discrepancy between this illustration and the policy the policy shall be considered correct.
- Any application for insurance will be subject to medical, occupational, avocational and/or financial underwriting. The underwriting review process will determine the underwriting classification, any rating and extras, and the maximum amount of coverage that will be issued.

**Assumptions About Policyowner and Insured:**

| | |
|---|---|
| Policyowner | - |
| Policyowner Income Tax Rate | 34 percent |
| Insured | Paul L'Archevesque, Male, Age 66 |
| Insured Underwriting Class | Preferred Best |

TO: NBInbox FROM: Restricted Agent DATE: Tue Feb 21 2006 17:07 EST

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

Assumptions About the Policy:

| | |
|---|---|
| For Use in | Rhode Island |
| Premium Payment | Will be made annually. |
| Loans | Are not shown in this illustration. |
| Withdrawals | Are not shown in this illustration. |
| Enhanced Cash Value Rider | Is not included in the illustration. See the Important Information Regarding the Enhanced Cash Value Rider on page 3 in the About PruLife® UL Plus section of this illustration. |
| Target Term Rider | Is not included in the illustration. See the Important Information Regarding the Target Term Rider on page 4 in the About PruLife® UL Plus section of this illustration. |

Note to Representative: The Company has used the fully allocated expense method in this illustration.

**Additional Information**

**Modified Endowment Contract (MEC)**

The Internal Revenue Code limits the amount of money that can be paid in life insurance premiums and still receive favorable income tax treatment with respect to policy distributions (i.e., loans, withdrawals, pledges and assignments). If premiums exceed the limit, the policy is classified as a modified endowment contract (MEC). A policy may also become a MEC if, at any time during the life of the policy:

- the death benefit is decreased or increased, or
- riders or benefits are removed, added, decreased or increased

Distributions from a MEC are taxed less favorably than distributions from a policy that is not a MEC. If a policy is a MEC, any distribution will be taxed on an income-first basis. This means that any amount distributed will be considered taxable earnings to the extent there is a gain in the policy. The gain in the policy is equal to the amount by which the Contract Fund exceeds the Cost Basis of the policy. In general, Cost Basis equals premiums paid minus previous distributions (but not loans or assignments treated as distributions in the case of a MEC) plus prior reported taxable gain.

If a policy becomes a MEC, any distribution made in the two years prior to the policy becoming a MEC is taxable on an income-first basis in the current year.

A distribution from a MEC may also be subject to a 10 percent penalty tax if made before the owner reaches age 59 ½. If a corporation or trust owns the policy, the penalty tax applies for any year in which a distribution is made.

Although a policy may be a MEC, it does not lose the benefit of income tax deferral for policy values which are not distributed, and does not lose the benefit of a generally income tax free death benefit upon the death of the insured.

As illustrated, the Annual Seven Pay Premium at issue is $1,098,600.00. The Annual Seven Pay Limit is the maximum amount of money you can pay in each of the first seven years (assuming no policy changes), without the policy becoming a MEC.

At the Illustrated Interest Rate and Current Charges, this policy will not become a modified endowment contract (MEC) through Age 100. Transactions that could result in this policy becoming a MEC are not shown in this illustration after Age 100.

We have presented this information based on our understanding of tax law. You may wish to consult with your tax adviser if you have any tax questions since neither we nor our representatives can provide tax advice.

**Income Tax Information**

The tax information and assumptions in this illustration are not intended to provide legal or tax advice. Some calculations may vary significantly depending upon the income tax rate assumptions used. We make no representations that the income tax rate assumptions used here are appropriate for your situation. You and your tax adviser are responsible for selecting the tax assumptions that are appropriate. You may request additional illustrations based on other income tax rate assumptions.

Unless otherwise indicated, this illustration only addresses income tax consequences, and does not address any other possible tax consequences, such as estate taxation of life insurance or investments. This illustration assumes the policy is owned by . If actual ownership is different, the tax consequences may also be different.

Withdrawals from the policy may be taxable to the extent they exceed the Cost Basis, and in limited cases, upon a distribution associated with a reduction in benefits during the first 15 policy years. If the policy is not a MEC and you take no loans and withdrawals, there are no income tax consequences associated with ownership of the policy.

If the policy is transferred, exchanged, or Lapses (whether illustrated or not), there may be income tax consequences that are not shown here. If there is an outstanding loan, the amount borrowed may become taxable to the extent that the policy's Net Cash Value, together with any outstanding loan amount, exceeds the policyowner's cost basis in the policy.

The illustration assumes that loan interest is not deductible for income tax purposes.

**Policy Charges and Expenses**

There are a number of charges and expenses to cover the cost of providing benefits such as:

- Deductions from premiums to cover administrative charges attributable to premiums and sales charges.
- Deductions to cover mortality and expense risk charges.
- Monthly deductions from the Contract Fund to cover policy administration and cost of insurance charges and, if necessary, charges for extra ratings and the cost of other riders.
- Administrative charges assessed when certain events occur such as a withdrawal or a decrease in the policy's Basic Insurance Amount.

**Time Value of Money**

This illustration does not take into consideration the time value of money. As a result, the illustration does not take into consideration that, because of interest, a dollar paid today is more valuable than a dollar paid in the future.

**5% Interest Adjusted Cost Indices**

**Interest Adjusted Cost Indices** are designed in such a way that the average insurance buyer can make valid comparisons of life insurance policy costs among similar policies which may have significantly different premium payments and cash values. The more similar policies are in kind, length of payment, face amount, and issue age, the more reliable cost index comparisons will be.

Lower index numbers are preferable to high index numbers and in general, indicate a better life insurance value. The Interest Adjusted Cost Indices are calculated for the basic policy and do not include other riders, or supplemental benefits that may be part of this life insurance illustration and may be important considerations in the life insurance buying decision. These Indices are only one method by which costs might be measured. The indices per $1000 of life insurance face amount, assuming 5% interest, are listed below.

PRUXPRESS - PXB 2/21/2006 5:08:23 PM [Eastern Standard Time]

| | SURRENDER COST COMPARISON INDEX | | NET PAYMENT COST COMPARISON INDEX | |
|---|---|---|---|---|
| | 10 Year | 20 Year | 10 Year | 20 Year |
| Guaranteed Basis | N/A | N/A | N/A | N/A |
| Non-Guaranteed Basis | 11.93 | 13.51 | 26.03 | 26.03 |

**Form Number(s)**

| For use in: | Rhode Island |
|---|---|
| PruLife® UL Plus | UL-2005 |
| Living Needs Benefit Rider | ORD 87241-90-P |

**Illustration Version Information**

The following provides the specific system version information used to create this illustration: *(This information can provide an accurate record of the exact system components used to produce this illustration.)*

ISP: <2005.09.16>
CASENAV2.EXE: <2005.08.0016>
PRUBASIC.INTSEN: <1999.08.0017>
PRUOBIR.OCX: <2005.09.16>
ISP Life Passkey Version 23.00
Operating System: Windows XP
CTP:249650 ST:218450 LMT:218450 LFT:780360
GSP:0 GLP:0 7PP:1098600

CTP: 249650.00 TCTP: 0.00 THR: 1021068.50

Install Type: Prudential Select Brokerage
SICASE.DLL: <2005.08.0016>
PRUBASIC.INTSENANDCLASSIC: <1999.08.0017>
INSENR.DLL: <2005.09.16>
DNTUTZVLYUKVNZGFQZFSVRAWXUAQQQ
RATE BASIS: Oct 2005