**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PRUCO LIFE INSURANCE COMPANY, :
:
Plaintiff :
:
v. : C.A. No.: 0869-S
:
WILMINGTON TRUST COMPANY, :
Trustee Under the Paul E. L'Archevesque :
Special Revocable Trust – 2006, and PAUL :
E. L'ARCHEVESQUE, :
:
Defendants. :

**WITHDRAWAL OF APPEARANCE**

We, Robert M. Duffy and Christine K. Bush, hereby withdraw our appearance on behalf of the Defendant, Wilmington Trust Company, in the above-captioned matter.

Wilmington Trust Company,
By Their Attorneys,

/s/ Robert M. Duffy

Robert M. Duffy, Esq. (#4428)
Christine K. Bush (#5587)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700-Ph
(401) 455-0701-Fax
rduffy@duffysweeney.com
cbush@duffysweeney.com

Dated: July 30, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of July, 2008, a true copy of the foregoing ***Withdrawal of Appearance*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Robert C. Shindell**
**Angela L. Carr**
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance St.
Suite 700
Providence, RI 02903
(401) 273-7171
Fax: 273-2904
rshindell@taylorduane.com

**Laurie E Foster**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
212-309-6885
Fax: 212-309-6001
lfoster@morganlewis.com

/s/ Robert M. Duffy
Robert M. Duffy, Esq.

H:\Clients\L'Archevesque-Wilmington Trust Co\Pleadings\Pruco v. Wilimington Trust, et al\Withdrawal of Appearance RMD and CKB.doc