**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUCO LIFE INSURANCE COMPANY<br><br>Plaintiff<br><br>vs:<br><br>WILMINGTON TRUST COMPANY, Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006, and PAUL E. L'ARCHEVESQUE,<br><br>Defendants | : | C.A. No. 0869-S |

**ENTRY OF APPEARANCE OF JOSEPH V. CAVANAGH, JR. AND MARY C. DUNN**

We hereby enter our appearance on behalf of the Defendant, Wilmington Trust Company, as Trustee of The Paul E. L'Archevesque Special Revocable Trust – 2006, with regard to the above-captioned case.

Wilmington Trust Company
By its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. #1139

/s/ Mary C. Dunn
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900 – Phone
(401) 751-7542 – Fax
jvc@blishcavlaw.com
mcd@blishcavlaw.com

Dated: July 30, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2008, a true copy of the foregoing ***Entry of Appearance*** was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Robert C. Shindell**
**Angela L. Carr**
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street – Suite 700
Providence, RI 02903
(401) 273-7171
Fax: (401) 273-2904
rshindell@taylorduane.com

**Laurie E. Foster**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
(212) 309-6885
Fax: (212) 309-6001
lfoster@morganlewis.com

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr.