**UNITED STATES DISRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>WILMINGTON TRUST COMPANY, Trustee Under the Paul E. L'Archevesque Special Revocable Trust – 2006, and PAUL E. L'ARCHEVESQUE,<br><br>Defendants. | : | C.A. No.: 0869-S |

**JOINT MOTION TO EXTEND PRETRIAL ORDER**

Plaintiff, Pruco Life Insurance Company, and Defendants, Wilmington Trust Company, and Paul E. L'Archevesque, respectfully submit this Joint Motion requesting an extension of all dates included in the May 9, 2008 Pretrial Order by sixty (60) days.

A Rule 16 Conference was previously held before this Court on May 9, 2008. As the result of that conference, the Court entered a Pretrial Order dated May 9, 2008, attached hereto as Exhibit A. Following the entry of that Order, the parties have commenced written discovery.

On July 30, 2008, the law firm of Duffy, Sweeney & Scott, Ltd. withdrew as counsel for Defendant, Wilmington Trust Company. On the same date, the law firm of Blish & Cavanagh, LLP entered its appearance on behalf of Defendant, Wilmington Trust Company. A sixty (60) day extension of the Pretrial Order is necessary to facilitate this process. No prior requests to extend the Pretrial Order schedule have been made by any party.

The parties respectfully propose the following revised Pretrial Order:

| | |
|---|---|
| Completion of fact discovery | **January 9, 2009** |
| Deadline for plaintiff's expert witness disclosures | **February 9, 2009** |
| Deadline for defendant's expert witness disclosures | **March 16, 2009** |
| Expert discovery closes | **April 13, 2009** |
| If parties file expert witness disclosures, dispositive motions shall be filed by: | **April 23, 2009** |
| If no expert witness disclosure filings, dispositive motions shall be filed by: | **January 23, 2009** |
| If parties file expert witness disclosures, parties to file pretrial memorandum by 30 days after a decision on any dispositive motions, or if no dispositive motions are filed by: | **May 11, 2009** |
| If no expert witness disclosures are filed, pretrial memoranda are due 30 days following a decision of any dispositive motions, or if no dispositive motions are filed by: | **February 9, 2009** |

Plaintiff, Pruco Insurance Company,
By Its Attorneys,

/s/ Angela L. Carr
Angela L. Carr (#7191)
Robert C. Shindell (#5269)
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Defendant, Wilmington Trust Company,
By Its Attorneys,

/s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanaugh, Jr. (#1139)
Mary Cavanagh Dunn (#6712)
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

Defendant, Paul E. L'Archevesque,
By His Attorneys,

/s/ Christine K. Bush
Robert M. Duffy (#4428)
Christine K. Bush (#5587)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Ste. 1200
Providence, RI 02903

Dated: August 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2008, a true copy of the foregoing ***Joint Motion to Extend Pretrial Order*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

**Robert C. Shindell**
**Angela L. Carr**
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance St.
Suite 700
Providence, RI 02903
(401) 273-7171
Fax: 273-2904
rshindell@taylorduane.com

**Laurie E Foster**
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
212-309-6885
Fax: 212-309-6001
lfoster@morganlewis.com

**Joseph V. Cavanaugh, Jr.**
**Mary Cavanagh Dunn**
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
Fax: 751-7542
jvc@blishcavlaw.com
mcd@blishcavlaw.com

/s/ Christine K. Bush
Christine K. Bush, Esq.