UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PRUCO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST COMPANY, Trustee under the Paul E. L'Archevesque Special Revocable Trust – 2006, and PAUL E. L'ARCHEVESQUE,<br><br>Defendants. | CA. NO.: 08-69S |

**MOTION FOR ADMISSION *PRO HAC VICE***

Defendant, Wilmington Trust Company ("Wilmington Trust" or "Trustee"), as Trustee of the Paul E. L'Archevesque Special Revocable Trust – 2006 ("Trust"), by and through its undersigned counsel, hereby moves for the admission *pro hac vice* of F. Warren Jacoby in the above case as counsel with local counsel identified below.

F. Warren Jacoby

I hereby certify that I have reviewed the Application for *Pro Hac Vice* Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of L. R. Gen. 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph V. Cavanagh, Jr.

Joseph V. Cavanaugh, Esquire
RI Bar Id# 1139
Blish & Cavanaugh LLP
30 Exchange Terrace
Providence, RI 02903
Phone: (401) 831-8900
Fax: (401) 751-7542
Email: jvc@blishcavlaw.com

ORDER

This motion is hereby ✓ GRANTED ______ DENIED.

District Judge WSM Date 8/19/08